AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-1988

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On 10/2/24, pursuant to Fed. R. Civ. P. 4(i)(2), I mailed copies of this summons and the complaint via USPS certified mail to (1) Postmaster General Louis DeJoy, (2) the US Attorney General, and (3) the Civil Process Clerk for the US Attorney for the Eastern District of Louisiana as further indicated below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/2024                      /s/ Caroline Gabriel
                                      *Server's signature*

                                      CAROLINE GABRIEL, Attorney
                                      *Printed name and title*

                                      201 ST. CHARLES AVE., SUITE 2500 #9685
                                      NEW ORLEANS, LA 70170
                                      985-441-9355
                                      *Server's address*

Additional information regarding attempted service, etc:
1.      Postmaster General DeJoy - 475 L'Enfant Plaza, SW / Room 4012 / Washington, DC 20260-2200 - Certified Mail Receipt No. 7021 2720 0002 4984 0835
2.      US Attorney General Merrick Garland - US Dept. of Justice - 950 Pennsylvania Ave, NW Washington, D.C. 20530 - Certified Mail Receipt No. 7021 2720 0002 4984 1016
3.      Civil Process Clerk - US Attorney's Office for the Eastern District of Louisiana - 650 Poydras Street #1600 New Orleans, LA 70130 - Certified Mail Receipt No. 7021 2720 0002 4984 0828