AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| PRINCESS MYERS <br><br> *Plaintiff(s)* <br> v. <br> LOUIS DEJOY, POSTMASTER GENERAL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-1988  B (1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOUIS DEJOY
POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE
475 L'ENFANT PLANZA, SW
ROOM 4012
WASHINGTON, DC 20260-0010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CAROLINE GABRIEL
ATTORNEY FOR PLAINTIFF PRINCESS MYERS
201 ST. CHARLES AVE., SUITE 2500 #9685
NEW ORLEANS, LA 70170
985-441-9355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: __Aug 14 2024__

_____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-1988

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On 10/2/24, pursuant to Fed. R. Civ. P. 4(i)(2), I mailed copies of this summons and the complaint via USPS certified mail to (1) Postmaster General Louis DeJoy, (2) the US Attorney General, and (3) the Civil Process Clerk for the US Attorney for the Eastern District of Louisiana as further indicated below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/2024                                    /s/ Caroline Gabriel
                                                    *Server's signature*

                                                    CAROLINE GABRIEL, Attorney
                                                    *Printed name and title*

                                                    201 ST. CHARLES AVE., SUITE 2500 #9685
                                                    NEW ORLEANS, LA 70170
                                                    985-441-9355
                                                    *Server's address*

Additional information regarding attempted service, etc:
1. Postmaster General DeJoy - 475 L'Enfant Plaza, SW / Room 4012 / Washington, DC 20260-2200 - Certified Mail Receipt No. 7021 2720 0002 4984 0835
2. US Attorney General Merrick Garland - US Dept. of Justice - 950 Pennsylvania Ave, NW Washington, D.C. 20530 - Certified Mail Receipt No. 7021 2720 0002 4984 1016
3. Civil Process Clerk - US Attorney's Office for the Eastern District of Louisiana - 650 Poydras Street #1600 New Orleans, LA 70130 - Certified Mail Receipt No. 7021 2720 0002 4984 0828