

 Caroline Gabriel <caroline.gabriel.ma@gmail.com>

## USPS® Item Delivered, Front Desk/Reception/Mail Room 70212720000249840835
1 message

**auto-reply@usps.com** <auto-reply@usps.com>  Tue, Oct 15, 2024 at 10:06 AM
To: caroline.gabriel.ma@gmail.com



Hello **Caroline Gabriel**,

Your item was delivered to the front desk, reception area, or mail room at 9:17 am on October 9, 2024 in WASHINGTON, DC 20260.

Tracking Number: **70212720000249840835**

### Delivered, Front Desk/Reception/Mail Room



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not

available for all packages at all times.

---

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

   

Download USPS Mobile®

 

---

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.