## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| V. | * | **NO. 24-1988 "B" (1)** |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **THE UNITED STATES POSTAL SERVICE, LOUIS DEJOY, POSTMASTER GENERAL** | * | **MAG JANIS VAN MEERVELD** |

\* \* \* \* \*

### EX PARTÉ MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the Defendant, The United States Postal Service, Louis, Dejoy, Postmaster General (collectively hereinafter, "the Federal Defendant") who respectfully requests this Honorable Court for twenty-one (21) days of additional time, up to and including December 27, 2024, in which to complete investigation and to process, answer, or otherwise plead to the Complaint (Rec. Doc. # 1) filed by Plaintiff herein.

Mover further respectfully suggests to the Court that Plaintiff has not filed an objection to an extension of time in the record, nor has a previous extension of time been granted.

**WHEREFORE**, Mover, the Federal Defendant, respectfully request that an extension of twenty-one (21) days, up to and including December 27, 2024 be **GRANTED** for the filing of their responsive pleadings.

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY

        */s/ Glenn K. Schreiber*
        GLENN K. SCHREIBER
        Assistant United States Attorney
        U.S. Attorney's Office (E.D. La.)
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3093
        Fax: (504) 680-3174
        glenn.schreiber@usdoj.gov