**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| V. | * | **NO. 24-1988 "B" (1)** |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **THE UNITED STATES POSTAL SERVICE, LOUIS DEJOY, POSTMASTER GENERAL** | * | **MAG JANIS VAN MEERVELD** |

\* \* \* \* \*

## **ORDER**

Considering the foregoing unopposed Motion and the reasons stated therein,

**IT IS ORDERED** that the Federal Defendant, is hereby allowed 21 days of additional time, up to and including December 27, 2024, in which to complete investigation and to process, answer, or otherwise plead to the Complaint filed by Plaintiff.

Thus done and signed this _____ day of December, 2024, in New Orleans, Louisiana.

_____
HONORABLE IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE