UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS MYERS,<br>    *Plaintiff* | CIVIL ACTION<br>NO.  24-1988 |
| VERSUS | SECTION: "B" (1) |
| THE UNITED STATES POSTAL SERVICE,<br>LOUIS DEJOY, POSTMASTER GENERAL,<br>    *Defendant* | JUDGE IVAN L. R. LEMELLE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

NOTICE OF 636(c) NON CONSENT TO PROCEED
BEFORE A MAGISTRATE JUDGE

The undersigned Magistrate Judge has been notified that all parties have not consented to proceed to trial before a Magistrate Judge pursuant to  28 U.S.C. 636(c). The matter is hereby returned to the docket of the District Judge for the scheduling of a preliminary conference and the selection of discovery cut-off, pre-trial conference, and trial dates.

New Orleans, Louisiana, this 13th day of January, 2025.

_____
Janis van Meerveld
United States Magistrate Judge

CLERK TO NOTIFY:
District Judge

1