UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS MYERS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 24-1988** |
| **UNITED STATES POSTAL SERVICE** | **SECTION: B (1)** |

### ORDER

Considering the Court having been advised that all parties to this proceeding do not consent to proceed to trial before a Magistrate Judge, Rec. Doc. 9; accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge under Local Rule 73.2 is hereby **VACATED**.

New Orleans, Louisiana this 16th day of January 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE