UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| **V.** | * | **NO. 24-1988 "B" (1)** |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **THE UNITED STATES POSTAL SERVICE, LOUIS DEJOY, POSTMASTER GENERAL** | * | **MAG JANIS VAN MEERVELD** |

\* \* \* \* \*

### JOINT MOTION FOR LEAVE TO ENTER AGREED PROTECTIVE ORDER

**NOW INTO COURT**, through the undersigned counsel, comes all parties, Princess Myers and the United States Postal Service, Louis DeJoy, Postmaster General (all parties collectively hereinafter referred to as "Parties"), who respectfully request this Honorable Court to grant this motion and enter into the record the attached Protective Order to guide the Parties through discovery. Undersigned counsel respectfully submit that they have conferred and agreed on the terms of the proposed Protective Order. Upon showing to the Court:

1. That the Parties have and will continue to engage in discovery, including production of documents;

2. That this discovery may include proprietary or otherwise confidential information concerning the Parties and/or related to the issues in dispute;

3. That in order to maintain the confidentiality of such proprietary or otherwise confidential information, and to minimize the risk that such information might be disclosed or utilized in an improper fashion or in any way harmful to them, the Parties

1

hereby jointly move for a protective order regarding confidentiality of information and other discovery matters; and

4. The Parties hereto, through undersigned counsel of record, having read and understood the attached Protective Order governing the use of documents and other information obtained from the Parties during discovery in this proceeding, agree to be bound by the terms thereof.

Accordingly, the Parties hereby move this Honorable Curt to enter the attached Protective Order.

Respectfully submitted,

| | |
|---|---|
| MICHAEL M. SIMPSON<br>ACTING UNITED STATES ATTORNEY | MOST & ASSOCIATES |
| */s/ Glenn K. Schreiber*<br>GLENN K. SCHREIBER<br>Assistant United States Attorney<br>U.S. Attorney's Office (E.D. La.)<br>650 Poydras Street, Suite 1600<br>New Orleans, LA 70130<br>Telephone: (504) 680-3093<br>Glenn.schreiber@usdoj.gov | */s/ Caroline Gabriel*<br>CAROLINE GABRIEL (No. 38224)<br>Most & Associates<br>201 St. Charles Ave., Ste. 2500 #9685<br>New Orleans, LA 70170<br>Telephone: (985) 441-9355<br>Caroline.Gabriel.ma@gmail.com<br><br>Kevin S. Vogeltanz (No. 32746)<br>Law Office of Kevin S. Vogeltanz, LLC<br>428 W. 21st Ave.<br>Coving, LA 70433<br>Telephone: (504) 275-5149<br>vogeltanz@gmail.com<br><br>*Counsel for Plaintiff, Princess Myers* |