**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| **V.** | * | **NO. 24-1988 "B" (1)** |
| **THE UNITED STATES POSTAL SERVICE, DAVID P. STEINER,[1] POSTMASTER GENERAL** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | **MAG JANIS VAN MEERVELD** |

*     *     *     *     *

**FEDERAL DEFENDANT'S MOTION TO DISMISS**
**AND/OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes David P. Steiner, Postmaster General of the United States Postal Service (hereinafter, "Federal Defendant"), who pursuant to Rules 12(b)(1) and (6) and Rule 56(c) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss and/or alternatively grant him Summary Judgment in his favor on Plaintiff's sexual harassment/hostile work environment claims for failure to timely exhaust the requisite administrative remedy as well as her constructive discharge claim for failure to first exhaust the requisite administrative remedy    Finally, .Federal Defendant seeks summary judgment on Plaintiff's remaining claim of reprisal discrimination devolving from an incident on July 13, 2023.

---

1 Under operation of F.R.Civ.P. Rule 25(d), Mr. Steiner, who on May 9, 2025, was appointed by the Postal Service Board of Governors, is herewith substituted for Louis DeJoy, as the Postmaster General of the United States Postal Service.

A memorandum of points and authorities in support of this motion is appended hereto.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*/s/ Glenn Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Telefax: (504) 680-3174
glenn.schreiber@usdoj.gov