UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS MYERS,<br>*Plaintiff* | § § § | CIVIL ACTION<br>NO. 2:24-cv-1988 |
| vs. | § § § | SECTION: "B" (1) |
| UNITED STATES POSTAL SERVICE,<br>*Defendant* | § § § § § | JUDGE IVAN L. R. LEMELLE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## DECLARATION

I, Alan L. Powell, hereby certify, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1) I am employed by the United States Postal Service as Manager, Labor Relations and I am duly authorized to execute this declaration on the agency's behalf.

2) The documents attached to this certification are true and correct copies of:

   a. Exhibit A DRS Inquiry Report dated October 31, 2023 (pp. 1-10);

   b. Exhibit B EEO Complaint of Discrimination in the Postal Service dated October 16, 2023;

   c. Exhibit C Letter of Acceptance for Investigation dated November 3, 2023;

   d. Exhibit D Certification submitted by Therese Powers, EEO Complaints Investigator, dated March 26, 2024;

   e. Exhibit E EEO Investigative Affidavit (Complainant) dated November 22, 2023;

   f. Exhibit F Final Agency Decision (FAD) dated May 21, 2024;

1

Attachment 1, *in globo*

    g. Exhibit G EEO Investigative Affidavit (Michael Phillips) dated March 10, 2024;

    h. Exhibit H EEO Investigative Affidavit (Sharon Walker) dated January 20, 2024;

    i. Exhibit I EEO Investigative Affidavit (Shequel Clark) dated January 17, 2024.

3) The documents attached to this certification were prepared by personnel or contractors of the United States Postal Service, or persons acting under their control, in the ordinary course of business, at or near the time of the act, condition, or events described therein.

4) The documents attached to this certification were made as a regularly conducted activity and a regular practice of the United States Postal Service in processing and investigating EEO claims of discrimination.

5) The documents attached to this certification were kept in the course of regularly conducted activity of the United States Postal Service.

6) Princess Myers did not amend her EEO Complaint of Discrimination in the Postal Service dated October 16, 2023, or assert during the investigation of her administrative complaint that she was constructively discharged.

7) Princess Myers has not filed any subsequent EEO Complaint of Discrimination in the Postal Service alleging that she was constructively discharged.

New Orleans, Louisiana this _____ day of July, 2025.

Signature:_____ Alan Powell

*Digitally signed by Alan Powell*
*Date: 2025.07.23 08:47:50 -04'00'*

Alan Powell
Manager of Labor Relations
United States Postal Service
701 Loyola Avenue
New Orleans, Louisiana 70113-9998