**UNITED STATES POSTAL SERVICE®**

Received OCT 23 2023

**EEO Complaint of Discrimination in the Postal Service**
*(See Instructions and Privacy Act Statement on back of form.)*

| | | |
|---|---|---|
| **1. Name** Princess Myers | **2. SSN or EIN if Applicant** NEEOISO | **3. Case Number** 1C-731-0359-23 |
| **4a. Mailing Address (Street or PO Box™)** 521 Chalmette St | **4b. City, State, and Zip + 4®** Harvey, La 70058 | |
| **5. Email Address** princessmyers2013@yahoo.com | **6. Home Telephone Number** (504) 421-2566 | **7. Work Telephone Number** ( ) |
| **8. Position Title (USPS Employees Only)** Mailhandler | **9. Grade Level (USPS Employees Only)** | **10. Do You Have Veteran's Preference Eligibility** ☐ Yes ☑ No |
| **11. Installation Where You Believe Discrimination Occurred** New Orleans PD&C 701 Loyola Ave. New Orleans, LA 70113 | **12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory** MDO Michael Phillips | |
| **13a. Name of Your Designated Representative** Troy Davis | **13b. Representative Title** President of Mailhandler's Union | |
| **13c. Mailing Address (Street or PO Box)** 701 Loyola Ave. New Orleans, La 70113 | **13d. City, State, and ZIP + 4** New Orleans, LA 70113 | |
| **13e. Representative Email Address*** | **13f. Home Telephone Number** ( ) | **13g. Work Telephone Number** (504) 481-0726 |

*Providing this information will authorize the Postal Service™ to send important documents electronically.

**14. Type of Discrimination You Are Alleging (Select all that apply.)**

☐ Race (Specify):
☐ Color (Specify):
☐ Religion (Specify):
☐ National Origin (Specify):
☑ Sex (Specify Male, Female): Female
☐ Sex (LGBT):
☐ Age (40+) (Specify Date of Birth):
☐ Retaliation (Specify Protected EEO Activity):
☐ Disability (Specify):
☐ Genetic Information (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**
July 13, 2023 @ 3:32 a.m.

**16. Explain the specific action(s) or situation(s) that resulted in you alleging that you were discriminated against...**

On July 13, 2023 MDO Michael Phillips told my supervisor (Sharon) to tell me (a level 5 career) to give my motor up to a non career level 4 mailhandler. I wrote a complaint on him 2 weeks before this incident on him sexually harrassing me to human resources and things went south from then. →

**17. What remedy are you seeking to resolve this complaint?**

Payment from that day that I worked (he has still not paid me for July 13). Payment since I've been not working (back pay). Holiday pay. Pain and suffering because he has been sexually harrassing me for a year.

**18. Did You Discuss Your Complaint with an EEO Alternative Dispute Resolution (ADR) Specialist or a REDRESS Mediator?**
☑ Yes, Date you received the Notice of Final Interview: 10/11/2023
☐ No

| **19a. Signature of EEO ADR Specialist** Cabrini D. Hales | **19b. Date Signed** 10/11/2023 |
|---|---|
| USPS Tracking No.: 9410830109355000178723 | |
| **20. Signature of Complainant or Complainant's Attorney** | **21. Date Signed** |

PS Form **2565**, October 2015 (Page 1 of 2)    00005    Exhibit B    Formal Complaint Page 1 of 5

**UNITED STATES POSTAL SERVICE®**

# Notice of Right to File Individual Complaint

| TO: Name (First, MI, Last) | Case Number |
|---|---|
| **Princess Myers** | **1C-731-0359-23** |

This notice will attest to the fact that on (October 11, 2023), I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you receive this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retained one to represent you. I am providing you with PS Form 2565, *EEO Complaint of Discrimination in the Postal Service,* for this purpose. Your complaint must be mailed or delivered to:

⌐  NEEOISO – Formal Complaints
U.S. POSTAL SERVICE
P.O. BOX 21979
TAMPA, FL 33622-1979                                                    ⌐

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex (male, female), sex (LGBT), national origin, age (40+), disability, genetic information, or retaliation for participation in protected EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

- If you change your address, you have a regulatory requirement to immediately report the change to the address below: NEEOISO-EEO Contact Center, U.S. Postal Service, P.O. Box 21979, Tampa, FL 33622-1979

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** (e.g., race - African American, sex - female);

- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

- If you allege retaliation, you must show a connection between the action about which you are complaining and your participation in protected EEO activity. You also must show when the alleged discriminatory action at issue in this complaint occurred, the management official who took the action was aware that you had previously engaged in protected EEO activity.

(5) **The name of the EEO Alternative Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

## Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies, visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

| Signature of EEO Alternative Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
|---|---|---|---|
| *Cabrini D. Hales* | 10/11/2023 | *Princess Myers* | 10/16/2023 |

*Alternative Dispute Resolution Specialist: If you are mailing this notice, you must send it by Priority Mail®, Signature Confirmation™ Delivery.*

PS Form **2579-A**, October 2015         USPS Tracking Number:   9410830109355000178723

## Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies, visit *www.usps.com/privacypolicy*.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

## Instructions

A. Use this form to file a formal complaint if you are an employee or applicant who believes that you have been discriminated against by the Postal Service because of your race, color, religion, sex (male, female), sex (LGBT), age (40+), national origin, genetic information, disability, or retaliation for participation in a protected EEO activity. You must have presented the matter to an EEO alternative dispute resolution (ADR) specialist within 45 calendar days of the date the incident occurred or, if a personnel action is involved, within 45 calendar days of the effective date of the personnel action. Mail the completed formal complaint to the following address:

    NEEOISO – Formal Complaints
    U.S. Postal Service
    PO Box 21979
    Tampa, FL 33622-1979

B. Unless you have agreed to extend the 30-day period for an additional 60 calendar days, you will receive a notice of right to file a formal complaint within 30 calendar days from the date of your first contact with the EEO Office. You must file your formal complaint within 15 calendar days of the date on which you receive your notice of right to file. If you do not receive a notice of right to file within the appropriate time period, you may file a formal complaint at any time thereafter, up to 15 calendar days after receiving the notice.

C. If you have agreed to participate in ADR, the informal process must be completed within 90 calendar days of your first contact with the EEO office. You have a right to file a formal complaint at any time thereafter, up to 15 calendar days after you have received your notice of right to file.

D. Your notice of right to file contains the address where your formal complaint must be mailed or delivered and the address is listed in Part A of these instructions. The formal complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 days of the expiration of the filing period.

E. The time limits for filing a formal complaint may be extended if you show that you were prevented by circumstances beyond your control from submitting the complaint by the time limit, or if you present other reasons considered sufficient by the Postal Service.

F. If you need help in preparing this form, you may get assistance from a representative of your choice. You may also seek guidance from the EEO ADR Specialist who issued you the notice of right to file.

G. Your formal complaint must be in writing and must be signed and dated by you or your attorney. You are entitled to a representative of your choice at all stages of the EEO complaint process; however, only an attorney can sign official EEO documents on your behalf.

H. If your written complaint is accepted, it will be assigned to an EEO complaints investigator who will provide you with an opportunity to present all facts that you believe resulted in the alleged discrimination. The EEO complaints investigator will conduct a thorough review of the circumstances under which the alleged discrimination occurred.

I. While your complaint is under investigation, you may amend it to add claims that are similar or related. Contact the EEO office for the address where your written amendment request must be mailed or delivered.

J. You or your representative will each be provided a copy of the completed investigative file. You have the right to request a hearing within 30 calendar days of the date you receive the investigative file by mailing or delivering your request to the appropriate Equal Employment Opportunity Commission (EEOC) District Office with a copy sent to the following address:

    NEEOISO – Formal Complaints
    U.S. Postal Service
    PO Box 21979
    Tampa, FL 33622-1979

If you are represented by an attorney, the 30-day period will begin on the date your attorney receives a copy of the case file. Instead of requesting a hearing, you may request an agency decision without a hearing and the head of the agency or his/her designee will issue you a decision letter with appeal rights.

K. If you request a hearing, the EEOC will appoint an administrative judge (AJ) to conduct a hearing. The AJ will notify you and the Postal Service of the right to seek discovery before to the hearing to develop evidence reasonably on matters relevant to the issues raised in the complaint(s) to be heard. Attendance at the hearing will be limited to persons the AJ determines have direct knowledge relating to the complaint. Hearings are part of the investigative process and are closed to the public.

L. Following the hearing, the AJ will send you and the agency a copy of the hearing record, including the transcript and his/her decision. The head of the agency, or his/her designee, will review the entire record, including the transcript, and will determine whether or not to implement the AJ's decision. You will receive the agency's notification of final action within 40 days of the date the agency receives the AJ's decision. If the agency's final action will not fully implement the AJ's decision, the agency must appeal to the EEOC. A copy of the Postal Service's appeal will be attached to your notification of final action.

M. If you are not satisfied with the decision of the AJ, or the agency's final action on the decision, you have the right to appeal within 30 calendar days after receiving notification of the agency's final action. Your appeal must be mailed to the EEOC at the following address:

    EEOC Office of Federal Operations
    Federal Sector Programs
    PO Box 77960

    Washington, DC 20013-8960

You also must provide proof to the EEOC that a copy of the appeal, and any supporting documentation, was submitted to NEEOISO at the following address:

    NEEOISO
    U.S. Postal Service
    PO Box 21979
    Tampa, FL 33622-1979

N. In lieu of filing an appeal of the agency's final action to the EEOC's Office of Federal Operations (OFO), you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the agency's final action.

O. You may also file a civil action in an appropriate U.S. District Court: (1) after 180 calendar days have passed from the date you filed the complaint, if the final agency action has not been issued and an appeal has not been filed; (2) within 90 days of receipt of the OFO's decision on your appeal; or (3) after 180 days have passed from the date you filed your appeal with the OFO, if there has been no decision issued on that appeal.

P. Special provisions exist for age discrimination. The law sets forth the right to bypass the administrative complaint processing procedure and file a civil action. For additional information, contact the EEO office.

Q. Under the Equal Pay Act, you have the right to file a civil action without exhausting the administrative procedures.

R. You must keep the EEO complaint processing office aware of your current mailing address at all times. Failure to notify the NEEOISO-EEO Contact Center and the EEOC of an address change could result in the dismissal of your complaint.

PS Form **2565**, October 2015 (Page 2 of 2)

I gave up my equipment to the non-career (Tyron) and went to my union steward on tour 1 and explained to her what happened. Michael Phillips found me and began telling me to get my ass back downstairs or to get out of his building. Following me telling me that I'll be working at Burger King and that he would've taken care of me but now them niggas will have to take care of me. All of this was witnessed. Micheal Phillips calls me "Tall glass of water", not Princess. He's asked me to have his baby (specifically a girl) as he always says. He's blown a kiss at me in front of Tara Causey (office clerk). He's asked me out on dates, and even attempts to hug me and grab at me while I'm driving. Everyone knew about this. I have written tons of statements and I have witness statements. I've contacted postal inspection, human resources and EAP. I've even gotten my own therapist because his harrassment has hurted me mentally. I hate to be around him my palms start to sweat. I was diagnosed with anxiety and now take meds because of this. I am financially behind because of this. This has been tiring and I need help.