National EEO Investigative Services Office



**UNITED STATES POSTAL SERVICE**
**EQUAL EMPLOYMENT OPPORTUNITY**
**IN THE MATTER OF:**

_____

PRINCESS MYERS            Delivery Confirmation Complainant:
521 CHALMETTE STREET      9114 9014 9645 1210 3138 06
HARVEY, LA 70058-4427       Delivery Confirmation Representative:
Complainant,                  9114 9014 9645 1210 3137 90



      V

LOUIS DEJOY                Agency Case Number: **1C-731-0359-23**
Postmaster General
United States Postal Service
Eastern Processing Area        Date Formal Filed: October 19, 2023
Agency.

_____

**ACCEPTANCE FOR INVESTIGATION**

The agency acknowledges the receipt of the formal complaint of discrimination referenced above. Enclosed is PS Form 2570, EEO Dispute Resolution Specialist's Inquiry Report. Your complaint has been accepted for investigation. The scope of the investigation will include the following issue(s) only:

Specific Issue(s): You allege discriminatory sexual harassment based on Sex (Female), Retaliation (Reporting Sexual Harassment) and Disability (Mental/Anxiety) when:

1) On an unspecified date, you alleged Manager Phillips blew a kiss at you in front of coworkers.

2) On an unspecified date, you alleged Manager Phillips asked you out on a date.

3) On an unspecified date, you alleged Manager Phillips attempted to hug you.

4) In November 2022, you alleged Manager Phillips called you a "tall glass of water" and gave you a tight hug.

5) In December 2022, you alleged Manager Phillips asked you to have his baby.

- 2 –

6) On July 13, 2023, you alleged you were required to give your tow motor equipment to another employee with less seniority.

7) On July 13, 2023, you alleged management made inappropriate comments.

8) On July 13, 2023, you alleged you were sent home and not paid for the day.

NOTE: If your complaint involves an allegation of age discrimination, the Postal Service is required by the Age Discrimination in Employment Act of 1967, as amended, to advise you that you may consult with an attorney should you desire to do so before signing any agreement resolving your complaint of age discrimination.

If you do not agree with the accepted issue(s) as defined above, you must provide a written response specifying the nature of your disagreement within seven (7) calendar days of the date of your receipt of this letter.  Your response must be addressed to the EEO Services Analyst who signed this letter at NEEOISO, P. O. Box 21979, Tampa, FL 33622-1979.  You are reminded that any notification of disagreement with the defined accepted issues is not an opportunity or forum to raise additional, unrelated allegations of discrimination.  Additional unrelated issues must be pursued through the established EEO procedures described in Poster 72 which is displayed on the employee bulletin boards at your local installation.

Your case will be assigned for investigation.  Please be prepared to go forward with your case and provide an affidavit when the Investigator contacts you soon.

The investigation of the accepted issues will be completed within 180 calendar days of the date of your filing of this complaint, except that you and the Postal Service may voluntarily agree, in writing, to extend the time period up to an additional 90 calendar days.  Should you seek to amend the complaint, an amendment, if accepted, will extend the time for processing an additional 180 days from the date of the amendment with the total allowable time for processing the complaint and all amendments no more than 360 days.

If you have a grievance pending on the same issue(s) as those addressed in your complaint of discrimination, the agency may, at its discretion, defer the processing of this complaint until the grievance procedure has run its course and there has been a final resolution of the grievance.  When an investigation is deferred pending the outcome of the grievance process, the 180-day time period for processing the complaint is stopped temporarily and does not restart until the grievance is resolved. If your complaint is deferred, you will be notified in writing of the options which may be available to you as a result.

- 3 –

**When the investigation is completed**, you will receive a notice via email to access an electronic record of the investigative report and you will be notified of your right to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge **or** of your right to a final decision by the agency head or designee without a hearing.  **Please note:** At the completion of the investigation of your EEO complaint, we will send you an email with instructions on how to access your record. This access will be active for 30 days at the email address provided at the time you filed the complaint. It is your responsibility to provide NEEOISO an updated email address. After 30 days, your file will no longer be accessible. After accessing your record, please be sure you save your record. You may request a final agency decision without a hearing, at the appropriate time, by addressing your request to NEEOISO-FADS, P.O. Box 21979, Tampa, FL  33622-1979.

You may request a hearing before an EEOC Administrative Judge by notifying the District Director of the EEOC in writing at the following address:

**Hearings Unit**
**EEOC New Orleans District Office**
**500 Poydras St #809**
**New Orleans, LA 70130-3319**

You must make your hearing request within 30 calendar days of the date of your receipt of the investigative report, and you must provide the NEEOISO-Hearings, P.O. Box 21979, Tampa, FL  33622-1979 with a copy of that hearing request.  If you do not receive your investigative report and notification concerning your appeal rights within 180 calendar days from the date on which you filed your formal complaint, you may request a hearing by writing directly to the EEOC District Office noted above, with a copy to the NEEOISO-Hearings, P.O. Box 21979, Tampa, FL  33622-1979.

If you are dissatisfied with the Postal Service's final agency decision where there has been no hearing, or with the Postal Service's final action on the decision of an Administrative Judge following a hearing, you have certain appeals rights.  You may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC), at the address shown below, within 30 calendar days of the date of your receipt of the final agency decision or you may file a civil action in the appropriate U. S. District Court within 90 calendar days of your receipt of the decision.

You may also appeal a final action by the Postal Service implementing a decision of an Administrative Judge following a hearing.  Such an appeal must be filed within 30 calendar days of the date of your receipt of that final action, or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action.

- 4 –

Finally, you may respond to an appeal by the Postal Service in connection with its final action not to implement a decision of an Administrative Judge following a hearing or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action and appeal.

You may file your appeal by several alternative methods. You may use the EEOC's Public Portal located at https://publicportal.eeoc.gov/, where you can also upload selected documents, and manage your personal and representative information. You may mail your written appeal to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, DC 20013-8960 or submit by facsimile to (202) 663-7022. If you use EEOC's Public Portal to file an appeal or submit a brief, you do not need to serve the agency. If you mail or fax your request for an appeal, you must also submit a copy of the appeal or brief to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, P.O. Box 21979, Tampa FL 33622-1979 and submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the NEEOISO.

After 180 calendar days from the date of filing your formal complaint, you may file a civil action in an appropriate U. S. District Court if the Postal Service has not issued a final decision on your complaint or if no final action has been taken on a decision by an Administrative Judge.

If you have appealed to the Office of Federal Operations, EEOC, you may file a civil action in an appropriate U. S. District Court within 90 calendar days after your receipt of the Office of Federal Operation's decision. If you do not receive a decision on your appeal within 180 calendar days from the date of your appeal, you may file a civil action.


*Prethenia Johnson*                              November 3, 2023
**Prethenia Johnson**                           Date
EEO Services Analyst


Enclosures:  PS Form 2570, EEO Dispute Resolution Specialist's (DRS) Inquiry Report
             Report of Investigative File Media Selection Form


Cc: Troy Davis, c/o Princess Myers, 521 Chalmette Street, Harvey, LA 70058-4427

National EEO Investigative Services Office

 **UNITED STATES POSTAL SERVICE**

# Media Information

## Case Number: 1C-731-0359-23
## Complainant Name: PRINCESS MYERS

At the completion of the investigation of your EEO complaint, you and your representative (as applicable) will receive a copy of the Report of Investigation (ROI) containing a notice to either elect a hearing before an EEOC administrative judge or a decision by the Postal Service based solely on the record.

In an effort to preserve natural resources and minimize paper use, the ROI will be **electronically** transmitted to you and your representative (as applicable). The electronic file will be accessible *only* **via a link** that will be emailed to you and your representative (as applicable) at the conclusion of the investigation. The email will be sent to the email address on record (as provided by you during the investigation) for you and your representative (as applicable) and will contain detailed instructions on how to download the ROI. If your email address changes, or that of your representative (as applicable), it is your responsibility to notify NEEOISO at the mailing or email address below (please include your full name and case number).

**Please note:** Access to your electronic ROI will be active for 30 calendar days from the day the link is sent. After **30 calendar** days, your file will no longer be accessible via the link. As such, if you wish to retain a copy of the ROI beyond the initial 30 calendar days, you are advised to save the file to your computer.

NEEOISO
PO BOX 21979
Tampa FL  33622-1979

**NEEOISOChangeofAddress@usps.gov**

## BOTH COMPLAINANT AND REPRESENTATIVE WILL RECEIVE AN ELECTRONIC COPY OF THE RECORD