**UNITED STATES POSTAL SERVICE**

# EEO Investigative Affidavit (Complainant)

| Page Number | Number of Pages | Case Number |
|---|---|---|
| 1 | | 1C-731-0359-23 |

**1. Affiant's Name (First, Middle, Last)**

**PRINCESS MYERS**

**2. Employing Postal Service Facility**

| 3. Position Title | 4. Position Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Mailhandler | 5 | 701 Loyola Ave NEW ORLEANS La 70113 | Flats & low cost |

## Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission, and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

## Important Information Regarding Your Complaint

This PS Form 2568-A, *EEO Investigative Affidavit (Complainant)*, and the other form mentioned below, are being provided for you to use to fully respond to the accompanying questions. Mail or deliver your completed statement to the EEO complaints Investigator within 15 calendar days of the date you received the forms. Use PS Form(s) 2569, *EEO Investigative Affidavit (Continuation Sheet)*, as needed, to complete your written statement. Remember to number the top of each page and sign and date the bottom of each page of your statement. If you return your statement by mail, the return envelope must be postmarked on or before the 15th calendar day after the date that you received the affidavit forms. Failure to complete your statement and return the forms within the allotted time period could result in your complaint being dismissed based upon your failure to proceed. EEOC complaints processing regulation, 29 C.F.R. 1614.107(a)(7), states, in part, [A complaint may be dismissed] "Where the agency has provided the complainant with the written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt, or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal."

**7. Statement (Use PS Form 2569 if additional space is required)**

1. If you have a representative, please provide the following:

   a. **Full Name** TROY DAVIS

   b. **Mailing Address (provide non-Postal address if your representative is a Postal employee)**

   P.O. Box 57597 New Orleans, LA 70157-7597

   c. **Telephone number** 504-481-0726

   d. **Title** Union President

   e. **If this person is an attorney** YES_____ NO ✓

   tdav1983army@gmail.c

2. Please provide your representative's **non-Postal** email address (this is **required**)

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| Princess Myers | 11/22/2023 |

PS Form 2568-A, October 2015

00120

Exhibit E

Affidavit A
Page 1 of 41

| **UNITED STATES POSTAL SERVICE.®** | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit** *(Continuation Sheet)* | **2** | | **1C-731-0359-23** |

3. What is your full name? **Princess Myers**

4. What is your *current* position title, pay grade and work location address? **Mailhandler level: Salary Rate $45,014, 701 Loyola Ave. New Orleans, La 70113**

5. What was your position title, pay grade, and work location address *during the time frame of the accepted issues of this complaint*? **Mail handler level 05, $44,000 Salary Rate. 701 Loyola Ave. New Orleans, La 70113.**

6. What is your mailing address? **My mailing address is 521 Chalmette St. Harvey, La 70058.**

7. What is your personal email address? (this is **required\***) **princessmyers2013@yahoo.com**

**\*The email provided here will be used to send correspondence from NEEOISO, including your final Report of Investigation and appeal rights.**

8. What is your telephone number? **My telephone number is 504-421-2566.**

9. Identify the **full name** and **position title** of your immediate supervisor *during the time frame of the accepted issues of this complaint.* **Valtrina Griffin was until she resigned due to Micheal Phillip's harassment. After, there wasn't any supervisor assigned to my unit.**

**SEX ALLEGATION**

10. Please identify your **sex.** **I am a female.**

11. Are the management officials cited in your complaint aware of your sex? **Yes.**

12. If so, when (approximate date) did they become aware? **Since we were first introduced by former MDO Ricardo, when Micheal Phillips started at New Orleans PD&C.**

**RETALIATION ALLEGATION**

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature *Princess Myers* | Date Signed **11/22/2023** |

PS Form 2569, March 2001                    00121

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit *(Continuation Sheet)* | 3 | | 1C-731-0359-23 |

13. You alleged discrimination based on Retaliation for reporting allegations of sexual harassment. Is this correct? Yes.

14. If so, please provide the **full name(s)** and **job title(s)** of all management officials to whom you reported your allegations and indicate the **date(s)** and means by which you provided that notification. If you submitted written notice, please provide a copy. Valtrina Griffin (Flats and low cost supervisor) Sybil Monteell (Tour I union Stewart) Troy Davis (Union President) Tara Causey (Clerk Union Stewart) Tony Jones (Former Union president) Veronica Scott (Spider Supervisor) Bryson Young (204 B)

15. ~~If you are citing a prior EEO case you filed, please identify the case number(s) and date(s) for your previous EEO case(s)~~ Valtrina Griffin, Bryson Young (204 B), Sharon Walker, Sybil Monteell (Union Stewart) have all witness: Michael Phillips calling me "Tall Glass of water," and making sexual gestures at me. Tara Causey (Union Stewart) witnessed him blowing me a kiss.

16. Was/were the management official(s) you cited in this complaint <u>involved</u> in your protected EEO activity (to include your allegations of sexual harassment)? If so, identify **who** was <u>involved</u>, specify **which activity** they were <u>involved</u> in, and explain **how** and **when** each management official was <u>involved</u>.

17. If they were <u>not</u> <u>involved</u> in your protected EEO activity (to include your allegations of sexual harassment), were they <u>aware</u> of your protected activity? If so, identify **who** was <u>aware</u>, **which activity** they were <u>aware</u> of, and indicate **how** and **when they become <u>aware</u>.** All of them were aware because of me telling them, but especially because of Micheal Phillips. He didn't hide the inappropriate comments and gestures. He never called me Princess. I was Always "his tall glass of water" around anyone whether it was other management or fellow co-workers.

**DISABILITY ALLEGATION**

18. ***During the time frame of this complaint***, what was your medical condition? I struggled with anxiety, but wasn't on any medication.

19. When did a physician first diagnose you with your medical condition?

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | | Date Signed |
|---|---|---|
| *[signature]* | 00122 | 11/22/2023 |

DS Form 2569, March 2001

| ![USPS] **UNITED STATES POSTAL SERVICE®**<br><br>**EEO Investigative Affidavit** *(Continuation Sheet)* | Page No.<br><br>4 | No. Pages | Case No.<br><br>1C-731-0359-23 |
| --- | --- | --- | --- |

20. How long does the physician expect you to have your medical condition? N/A

21. Did you made your supervisor or any other management official aware of your medical condition? If yes, whom did you make aware and when? No. Nothing in that building is confidential.

22. What work-related duties were you required to perform on a daily basis? I dispatched low cost and flats mail to dock.

23. Were you able to perform these duties? Yes, until Micheal Phillips would interfere and make me uncomfortable with his

24. Please describe what duties, if any, you were **not** able to perform. Cat calling. If he's on the dock by himself and I have to be near him alone, I would avoid the area because he tells me inappropriate thing when it's just me

25. What work restrictions did you have as a result of your medical condition? and him. None.

26. Did you provide medical documentation which identified your work- related restrictions? No.

27. If so, to whom and **on what date** did you provide this documentation? **Please provide a copy.** N/A

28. Did you request an accommodation for your work restrictions?

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | | Date Signed |
| --- | --- | --- |
| *[signature]* | 00123 | 11/22/2023 |

| **UNITED STATES POSTAL SERVICE**® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit *(Continuation Sheet)* | 5 | | 1C-731-0359-23 |

29. If so, what did you request and from whom?  **If you submitted a written request for accommodation, please provide a copy.** N|A

30. Were you offered an accommodation for your work restrictions?  If so, what was offered?  **Please provide a copy of the accommodation you were offered.** N|A

31. Did you regard the offered accommodation as effective?  If not, why not?

N|A

32. Did you request to appear before the District Reasonable Accommodation Committee (DRAC)?  If so, to whom did you make the request and when?  **Please provide a copy of the request (including attachments); if it was in writing.**  If the request was verbal, please so state, and indicate to whom and when the request was made. N|A

33. Did you appear before the DRAC?  If so, when?  If not, was there a reason you did not appear?

N|A

34. Did you receive a response from the DRAC?  If so, when?  **Please provide a copy of the response.** If the response was verbal, please indicate by whom, on what date, and what you were told.

N|A

35. What limitations do you have in your personal life as a result of this condition? General anxiety, Social anxiety, OCD

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature Princess Myers | Date Signed 11|22|2023 |

PS Form 2569, March 2001                    00124

| **UNITED STATES POSTAL SERVICE®** | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit** *(Continuation Sheet)* | **6** | | 1C-731-0359-23 |

**CLAIM #1: ON AN UNSPECIFIED DATE, MANAGER PHILLIPS BLEW AT KISS AT YOU IN FRONT OF YOUR CO-WORKERS**

36. Please provide the full name and job title of the management official who you allege blew a kiss at you in front of your co-workers. Michael Phillips was an Acting MDO at the time on the dock where I was dispatching my Houma Mail.

37. On what date did this occur? N/A

38. What were the circumstances which led to this incident? Please be specific. I was driving out of the door by the bullpen area dispatching Houma's mail because the truck was outside and Tara Causey was waiting to scan my plaquers. As soon as I get out of the doors Michael Phillips and Tara Causey are both out there and as I drive pass he blows a kiss which Ms. Tara witnessed and was upset about.

39. How did you respond? I had to pass him up because I had a slay of APCs, and I stopped to get off and stage my mail. Ms. Tara and I had been discussing his sexual harassment towards me but the kiss blow was a shocker. She told me I needed to write a

40. Please identify the witnesses to management's actions by full name and job title and describe exactly what they witnessed. Tara Causey (Union Stewart & Office Clerk) She witnessed Micheal Phillips blow a Kiss at me on the long leg dock by Houma's mail staging.  Statement on hi because he sho not be doing that

41. Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing? Yes. He would tell me that I know I'm his tall glass of water or his baby. He doesn't take me seriously.

42. If so, on what date and by what means did you do so? If you provided written notification, please provide a copy. I told him that day that he's going too far. He responded with, "I know I'm his tall glass of water."

43. What was their response? If they responded in writing, please provide a copy.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature  *Princess Myers*  00125 | Date Signed  11/22/2023 |

| UNITED STATES POSTAL SERVICE® EEO Investigative Affidavit (Continuation Sheet) | Page No. 7 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

**44. Did you report this incident to any other management official?** Yes. TARA Causey. She told me I need to write a statement, but she witness it and didn't write one.

**45. If so, please identify that individual by full name and job title and indicate the date and means by which you provided said notification. If you submitted written notification, please provide a copy.**

Tara Causey (Union Steward, Office Clerk, manager)

**46. What was that management official's response? If they responded in writing, please provide a copy.** To write a statement about the incident because he's sexually harassing me and blowing kisses and calling me out my name is sexual harassment.

**47. How were you harmed by management's actions? Please be specific.** I was embarrassed because he puts me on the spotlight in front of everyone. I would get so anxious if it's just me and him because he would get inappropriate and undress me with his eyes. He's very creepy.

**48. Why do you believe your sex was a factor in management actions and decisions in this matter? Please be specific.** Yes. Him asking me to have his baby (specifically a girl) is important. A man couldn't give him a child.

**49. Why do you believe management's actions and decisions in this matter were based on retaliation for your participation in EEO activity (to include reporting allegations of sexual harassment)? Please be specific.** After I Reported him to veronica scott (supervisor) he took my equiptment and gave it to a none careeer. Also, my statement was apart of several others, he put half of us out the building and moved the other half to another plant including supervisor Veronica Scott

**50. Why do you believe your medical condition was a factor in management's actions and decisions in this matter? Please be specific.**

| I declare under penalty of perjury that the foregoing is true and correct. | | |
|---|---|---|
| Affiant's Signature _Princess Myears_ | 00126 | Date Signed 11/22/2023 |
| PS Form 2569, March 2001 | | Affidavit A Page 7 of 41 |

| | | Page No. | No. Pages | Case No. |
|---|---|---|---|---|
| **UNITED STATES POSTAL SERVICE®** EEO Investigative Affidavit (Continuation Sheet) | | 8 | | 1C-731-0359-23 |

51. Do you feel that management violated any Postal rule, regulation, or policy in this matter? Of course, harrassment, sexual harrassment, disccimination & retaliation.

52. If so, please identify the rule, regulation, or policy, and explain how it was violated.

53. Did you file a grievance on the issue? Yes.

54. If so, please indicate its current status, and **provide a copy of your grievance file.** Union has it.

**CLAIM #2: ON AN UNSPECIFIED DATE, MANAGER PHILLIPS ASKED YOU OUT ON A DATE**

55. Please provide the **full name** and **job title** of the management official who you allege asked you out on a date. Micheal Phillips MDO-Senior

56. **On what date** did this occur? Everyday we worked together.

57. What were the circumstances which led to this incident? **Please be specific.** He's asked me on the dock before, by the bundler Sorter between tow cast and where the dump, by flats, anytime bypassing each other. This man flirts all night every night.

58. How did you respond? I ignored him everytime. One night he said "why everytime I ask you out you ignore me or change the subject?" I said, "That means stop asking," and drove off on the slay.

59. Were there any witnesses to management's actions? No. By me being a driver that's an independent job so I don't technically work with anyou

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | | Date Signed |
|---|---|---|
| Princess Myers | 00127 | 11/22/2023 |

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit** *(Continuation Sheet)* | 9 | | 1C-731-0359-23 |

60.  If so, please identify them by **full name** and **job title**, and **describe** <u>exactly</u> what they witnessed.

61.  Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing? Yes. He is the head MDO. Sharon Walker and Veronica Scott told me he is untouchable.

62.  If so, **on what date** and **by what means** did you do so? **If you provided written notification, please provide a copy.** Every time. This man HARASSED me Any day that we both worked together. Whether it's calling me his baby, tall glass of water or Anything Else he could think of, he

63.  What was their response? If they responded in writing, please provide a copy. did it. He responds the same way in each claim. He was adamant that he would continue his behavior. Men don't take no for an answer. No to them

64.  Did you report this incident to any other management official? means to try harder. I told Tara Causey because she would always give me advice on what to do with this situation.

65.  If so, please identify that individual by **full name** and **job title** and indicate the **date** and **means** by which you provided said notification. **If you submitted written notification, please provide a copy.**

Tara Causey

66.  What was **that** management official's response? **If they responded in writing, please provide a copy.** To keep writing statements.

67.  How were you harmed by management's actions? **Please be specific.** Mentally draining.. I started to miss A lot of work. It got to the point I hated seeing hi_

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Princess Myers | 11/22/2023 |

PS Form 2569, March 2001          00128          Affidavit A Page 9 of 41

| **UNITED STATES** **POSTAL SERVICE** ® EEO Investigative Affidavit *(Continuation Sheet)* | Page No. 10 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

**68.** Why do you believe your **sex** was a factor in management actions and decisions in this matter? Please be specific. I'm a woman. My senior manager is telling me how fine I am and asking me countless of times on a date.

**69.** Why do you believe management's actions and decisions in this matter were based on **retaliation** for your participation in EEO activity (to include reporting allegations of **sexual harassment**)? Please be specific. All of his actions wouldn't stop until Veronica Scott told me to write a statement about everything summarized and she'll get it in the right hands, so I did. Two weeks later, he put me out the building.

**70.** Why do you believe your **medical condition** was a factor in management's actions and decisions in this matter? Please be specific.


**71.** Do you feel that management violated any Postal rule, regulation, or policy in this matter? Yes. Harassment, Sexual harassment, Retaliation.

**72.** If so, please identify the rule, regulation, or policy, and explain how it was violated.


**73.** Did you file a grievance on the issue? Yes.


**74.** If so, please indicate its current status, and provide a copy of your grievance file. Union has all grievance copies.


**CLAIM #3: ON AN UNSPECIFIED DATE, MANAGER PHILLIPS ATTEMPTED TO HUG YOU**

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature | Date Signed 11/22/2023 |

| UNITED STATES POSTAL SERVICE® EEO Investigative Affidavit *(Continuation Sheet)* | Page No. 11 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

**75.** Please provide the full name and job title of the management official who you allege attempted to hug you

Senior MDO Michael Phillips.

**76.** On what date did this occur? This occured when I got back to work from my neck surgery. November 23, 2022.

**77.** What were the circumstances which led to this incident? **Please be specific.**

I had been out for a few weeks because of my surgery and on my first day back I was told I had to give my paperwork to Michael Phillips and when I gave him my paperwork he hugged me saying how much he missed me.

**78.** How did you respond?

I pushed him off, I could remember him squeezing me so tight my breast bone was hurting. I could feel that all night.

**79.** Were there any witnesses to management's actions? No, This was in the office.

**80.** If so, please identify them by **full name and job title**, and describe **exactly** what they witnessed.

**81.** Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing? Yes.

**82.** If so, **on what date and by what means did you do so? If you provided written notification, please provide a copy.** Same night. This man feels he is untouchable. He is the head MDO that is bestfriends with the plant manager. You can tell him whatever, he feels he is above the law.

**83.** What was their response? If they responded in writing, please provide a copy. I'm his baby and that he thought I wasn't coming back

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature Princess Myers | 00130 | Date Signed 11/22/2023 Affidavit A Page 11 of 41 |
|---|---|---|

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit *(Continuation Sheet)* | 12 | | 1C-731-0359-23 |

84. Did you report this incident to any other management official? No.

85. If so, please identify that individual by full name and job title and indicate the date and means by which you provided said notification. If you submitted written notification, please provide a copy.

N/A

86. What was that management official's response? If they responded in writing, please provide a copy.

N/A

87. How were you harmed by management's actions? Please be specific.

When your manager makes you extremely uncomfortable, it's a struggle to go to work. My attendance started to become Affected. I couldn't deal.

88. Why do you believe your **sex** was a factor in management actions and decisions in this matter? Please be specific.

I'm a woman. He's a male that says sexual slurs to me every night.

89. Why do you believe management's actions and decisions in this matter were based on **retaliation for your participation in EEO activity (to include reporting allegations of sexual harassment)?** Please be specific.

All of this rejection caught up with me. He got tired of it. He always said that he could take care of me. He is a man with power.

90. Why do you believe your **medical condition** was a factor in management's actions and decisions in this matter? Please be specific. N/A.

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | | Date Signed |
|---|---|---|
| Princess Myers | 00131 | 11/22/2023 |
| PS Form 2569, March 2001 | | Affidavit 2 Page 12 of 41 |

| UNITED STATES POSTAL SERVICE®  EEO Investigative Affidavit (Continuation Sheet) | Page No. 13 | No. Pages | Case No. 1C-731-0359-23 |
| --- | --- | --- | --- |

91. Do you feel that management violated any Postal rule, regulation, or policy in this matter?

Yes. Harrassment, Sexual harrassmont, Retaliation

92. If so, please identify the rule, regulation, or policy, and explain how it was violated.

93. Did you file a grievance on the issue? NO.

94. If so, please indicate its current status, and provide a copy of your grievance file.

**CLAIM #4: IN NOVEMBER 2022, MANAGER CALLED YOU A TALL GLASS OF WATER AND GAVE YOU A TIGHT HUG**

95. Please provide the **full name** and **job title** of the management official who you allege called you a tall glass of water and gave you a tight hug. This is previous claim #3

96. On what date in November 2022 did this occur? Previous Claim #3.

97. What were the circumstances which led to this incident? **Please be specific.**

Previous claim #3

98. How did you respond? Previous Claim #3

99. Were there any witnesses to management's actions? Previous Claim #3

| I declare under penalty of perjury that the foregoing is true and correct. | | |
| --- | --- | --- |
| Affiant's Signature: *Princess Myers* 00132 | | Date Signed 11/27/2023 |

| UNITED STATES POSTAL SERVICE ®  EEO Investigative Affidavit (Continuation Sheet) | Page No. 14 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

100. If so, please identify them by **full name** and **job title**, and describe <u>exactly</u> what they witnessed.

Claim # 3

101. Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing? Claim # 3

102. If so, **on what date** and **by what means** did you do so? **If you provided written notification, please provide a copy.**

Claim # 3

103. What was their response? **If they responded in writing, please provide a copy.**

Claim # 3

104. Did you report this incident to any **other** management official?

Claim # 3

105. If so, please identify that individual by **full name** and **job title** and indicate the **date** and **means** by which you provided said notification. **If you submitted written notification, please provide a copy.**

Claim # 3

106. What was **that** management official's response? **If they responded in writing, please provide a copy.**

Claim # 3

107. How were you harmed by management's actions? **Please be specific.** Claim # 3

108. Why do you believe your **sex** was a factor in management actions and decisions in this matter? **Please be specific.** Claim # 3

| I declare under penalty of perjury that the foregoing is true and correct. |||
|---|---|---|
| Affiant's Signature  *Princess Myers* | 00133 | Date Signed  11/21/2023 |
| PS Form 2569, March 2001 | | Affidavit Page 14 of 14 |

| UNITED STATES POSTAL SERVICE.® EEO Investigative Affidavit (Continuation Sheet) | Page No. 15 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

109. Why do you believe management's actions and decisions in this matter were based on retaliation for your participation in EEO activity (to include reporting allegations of sexual harassment)? Please be specific.

Claim # 3

110. Why do you believe your medical condition was a factor in management's actions and decisions in this matter? Please be specific.

Claim #3

111. Do you feel that management violated any Postal rule, regulation, or policy in this matter?

Claim #3

112. If so, please identify the rule, regulation, or policy, and explain how it was violated.

Claim #3

113. Did you file a grievance on the issue?

Claim #3

114. If so, please indicate its current status, and provide a copy of your grievance file.

Claim #3

**CLAIM #5:  IN DECEMBER 2022, MANAGER PHILLIPS ASKED YOU TO HAVE HIS BABY**

115. Please provide the full name and job title of the management official who you allege asked you to have his baby.

Senior MDO Michael Phillips

116. On what date in December 2022 did this occur? N/A

117. What were the circumstances which led to this incident?  Please be specific.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature *Princess Myers* | Date Signed 11/22/2023 |

00134

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidvit (Continuation Sheet) | 16 | | 1C-731-0359-23 |

**118. How did you respond?** At this point I was completely creeped out. I started catching an attitude with him because he is unbelievable to me. I've worked with plenty of men before, never had I ever felt so uncomfortable!

**119. Were there any witnesses to management's actions?** Yes.

**120. If so, please identify them by full name and job title, and describe exactly what they witnessed.** Antonio Sterling (Clerk who worked in Flats at the time). I called Antonio to come, line the mail up in low cost because the girl who worked the area wasn't there. While I'm talking to Antonio Micheal Phillips came to me asking when I was gonna have his baby.

**121. Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing?** Yes. I started to get aggravated and I felt uncomfortable.

**122. If so, on what date and by what means did you do so? If you provided written notification, please provide a copy.** The same day. He had been asking me to have his child (specifically a girl that would wael) and Antonio Sterling heard him and said, "Princess he's basically saying he wants to sleep with you. That's not ok.

**123. What was their response? If they responded in writing, please provide a copy.** He laughed, and said, "He wants her to have my eyes."

**124. Did you report this incident to any other management official?** Nope, waste of energy at that point.

**125. If so, please identify the individual by full name and job title and indicate the date and means by which you provided said notification. If you submitted written notification, please provide a copy.** N/A

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature  Princess Nyema | Date Signed  11/22/2023 |
| PS Form 2569, March 2001 | 00135  Affidavit Page 16 of 41 |

| UNITED STATES POSTAL SERVICE ® EEO Investigative Affidavit *(Continuation Sheet)* | Page No. 17 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

**126.** What was that management official's response? **If they responded in writing, please provide a copy.**

N/A

**127.** How were you harmed by management's actions? **Please be specific.**

It affected my ability to come to work. It became mentally too much for me.

**128.** Why do you believe your **sex** was a factor in management actions and decisions in this matter? **Please be specific.**

I'm a woman.

**129.** Why do you believe management's actions and decisions in this matter were based on **retaliation** for your participation in EEO activity (to include reporting allegations of **sexual harassment**)? **Please be specific.**

N/A

**130.** Why do you believe your **medical condition** was a factor in management's actions and decisions in this matter? **Please be specific.**

N/A

**131.** Do you feel that management violated any Postal rule, regulation, or policy in this matter?

Yes. Sexual harassment

**132.** If so, please identify the rule, regulation, or policy, and explain how it was violated.

**133.** Did you file a grievance on the issue? No.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature _ Princess Myers | Date Signed 11/22/2023 |

00136

| UNITED STATES POSTAL SERVICE®<br>EEO Investigative Affidavit *(Continuation Sheet)* | Page No. 18 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|

**134.** If so, please indicate its current status, and **provide a copy of your grievance file.**

N/A

**CLAIM #6:** ON JULY 13, 2023, YOU WERE REQUIRED TO GIVE YOUR TOW MOTOR EQUIPMENT TO ANOTHER EMPLOYEE WITH LESS SENIORITY

**135.** Please identify by **full name** and **job title** the management official who required you to give your tow motor equipment to another employee with less seniority on July 13, 2023.

MDO Senior Michael Phillips

**136.** Were there any **other** management officials involved in this matter? Yes. Sharon Walker, and Ditrius (204 B at the time).

**137.** If so, please identify them by **full name** and **job title** and **describe their involvement.**

Sharon Walker - Supervisor

Ditrius - 204 B

**138.** What were the circumstances which led to this incident? **Please be specific.**

I called in 2 hours late because I had an accident at home. Once I arrived to work there was no available equipment, so the non career driving had to come down because I'm a level 5 mailhandler.

**139.** Did management provide you with the reason for requiring you to give your equipment to a co-worker? He told Sharon Walker that the non career career could only drive a sffy, which was a lie. He is licensed to drive everything.

**140.** If so, what reason did they give? He said "I came late and its not fair to the non-career." He doesn't care if I'm a level 5 or not to give the non career back his equipment.

**141.** Did you dispute management's reason? Nope. I got off the equipment and went to my union steward.

**142.** If so, to whom and on what date did you present your dispute? The same date.

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| Princess Myers | 11/22/2023 |

00137

| | UNITED STATES POSTAL SERVICE®  EEO Investigative Affidavit (Continuation Sheet) | Page No. 19 | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|---|

**143.** Was your dispute taken into consideration? No.

**144.** Did you comply with management's instructions? Yes. He told me "to take my ass back downstairs and look for equipment (which **145.** If not, why not? AVAILABLE that's the whole reason the noncareer nothing was AVAILABLE had to come down) or get my ass out his building".

He put me out the building, so I left. Sharon Walker told me to please leave because he was **146.** How were you harmed by management's actions? Please be specific. calling postal police

I wasn't paid for that night that I worked. He gave supervisors on tour I orders to not put my time in, and I was placed on emergency leave with no pay.

**147.** Why do you believe your sex was a factor in management actions and decisions in this matter? Please be specific. All his EEO cases are women. That says enough. He does not handle men the way he handles women at the job.

**148.** Why do you believe management's actions and decisions in this matter were based on retaliation for your participation in EEO activity (to include reporting allegations of sexual harassment)? Please be specific. After Veronica Scott gave human resources my statement he started to not speak. It was the first time I ever heard him call me by my real name since he got there.

**149.** Why do you believe your medical condition was a factor in management's actions and decisions in this matter? Please be specific. N/A

**150.** Do you feel that management violated any Postal rule, regulation, or policy in this matter? Yes.

**151.** If so, please identify the rule, regulation, or policy, and explain how it was violated. Sexual

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature  Princess Myers | Date Signed 11/22/2023 |
| PS Form 2569, March 2001 | 00138 | Affidavit Page 19 of 41 |

| | | Page No. | No. Pages | Case No. |
|---|---|---|---|---|
| **UNITED STATES POSTAL SERVICE®** EEO Investigative Affidavit *(Continuation Sheet)* | | 20 | | 1C-731-0359-23 |

Harassment, harassment, retaliation

**152.** Did you file a grievance on the issue? YES.

**153.** If so, please indicate its current status, and **provide a copy of your grievance file.**

Union has grievance.

**154.** Are you aware of any other employees who were required by the same management official to give their equipment to a co-worker with less seniority under similar circumstances, within the past year? YES.

If so, please identify them by:

**(a) Full name** BRIANNE JESSIE and KARIONE S.

**(b) Job title, work location, and immediate supervisor's name** Both level 5 deivers

**(c) Sex** Both females

**(d)** Whether you have knowledge of their **participation in EEO activity** (please answer YES/NO/UNKNOWN <u>ONLY</u>) NO.

**(e)** Whether you have knowledge of them **suffering from any medical condition/impairment** (please answer YES/NO/UNKNOWN <u>ONLY</u>) YES.

**(f)** The reason you believe they were treated the same as you were by the same management official under similar circumstances Retaliation. This man is notorius for retaliation. People stay out of his way. He has put so many people out of the building. He says that that's his plant.

**CLAIM #7: ON JULY 13, 2023, MANAGEMENT MADE INAPPROPRIATE COMMENTS**

**155.** Please provide the **full name** and **job title** of the management official who you allege made inappropriate comments on July 13, 2023. MDO Senior Michael Phillips

| I declare under penalty of perjury that the foregoing is true and correct. | | |
|---|---|---|
| Affiant's Signature | 00139 | Date Signed 11/27/2023 |

PS Form 2569, March 2001

Page 20 of 41

| UNITED STATES POSTAL SERVICE®<br>EEO Investigative Affidavit *(Continuation Sheet)* | Page No.<br>21 | No. Pages | Case No.<br>1C-731-0359-23 |
| --- | --- | --- | --- |

**156.** What were the circumstances which led to this incident? **Please be specific.**

He was putting me out the building After taking my equipment. He told me I will be working at bourger King, and that he could've took care of me, but now I'm gonna need them niggar to do it.

**157.** **Exactly** what was said to you? **Please be specific.** He hopes I have a car note and bills so I can lose everything.

**158.** How did you respond? I told him I take care of myself and that I was going to file a EEO on him for all of his haracment / sexual haracsment.

**159.** Were there any witnesses to management's actions? Yes. Sybil Montrell, & Dterius

**160.** If so, please identify them by **full name** and **job title**, and describe **exactly** what they witnessed. Sybil Montrell (Union Steward) Ditrius (Supervisor)

**161.** Did you ever notify this management official that you found their actions on this date to be unprofessional and/or harassing? No.

**162.** If so, **on what date** and **by what means** did you do so? **If you provided written notification, please provide a copy.** N/A

**163.** What was their response? **If they responded in writing, please provide a copy.** N/A

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Princess Myers

00140

Date Signed: 11/27/2023

PS Form 2590, March 2001

Affidavit #<br>Page 21 of 41

| UNITED STATES POSTAL SERVICE ®  EEO Investigative Affidavit *(Continuation Sheet)* | Page No.  22 | No. Pages | Case No.  1C-731-0359-23 |

**164.** Did you report this incident to any other management official? N/A

**165.** If so, please identify that individual by **full name** and **job title** and indicate the **date** and **means** by which you provided said notification. **If you submitted written notification, please provide a copy.**

N/A

**166.** What was that management official's response? **If they responded in writing, please provide a copy.**

N/A

**167.** How were you harmed by management's actions? **Please be specific.**

I was devasted. I lost my job (well was placed on Emergency leave) so my car went into repossession. I got extremely behind on my bills, I was hurting.

**168.** Why do you believe your **sex** was a factor in management actions and decisions in this matter? **Please be specific.** That is what I WAS afraid of. This man is the senior MPO. I am a woman. He doesn't bother the men. He treats the women like trash at the plant, management included. Vattrina Griffin Retired because of him. Reporting him cost me my job & my livlih

**169.** Why do you believe management's actions and decisions in this matter were based on **retaliation** for your participation in EEO activity (to include reporting allegations of sexual harassment)? **Please be specific.**

Everyone who was apart of giving Veronica Scott a statement was retaliated against. Most of us are fighting for our jobs or he moved to a different facility, including Supervisor Veronica Scott.

**170.** Why do you believe your **medical condition** was a factor in management's actions and decisions in this matter? **Please be specific.**

N/A

| I declare under penalty of perjury that the foregoing is true and correct. | |
| Affiant's Signature  *Princess Myars*  00141 | Date Signed  11/22/2023 |
| PS Form 2569, March 2001 | Affidavit Page 22 of 41 |

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE.®**  EEO Investigative Affidavit *(Continuation Sheet)* | 23 | | 1C-731-0359-23 |

171. Do you feel that management violated any Postal rule, regulation, or policy in this matter?

Yes.

172. If so, please identify the rule, regulation, or policy, and explain how it was violated.

Harassment, Sexual harassment, retaliation

173. Did you file a grievance on the issue? Yes.

174. If so, please indicate its current status, and **provide a copy of your grievance file.**

Union has copy of all grievances.

**CLAIM #8: ON JULY 13, 2023, YOU WERE SENT HOME AND NOT PAID FOR THE DAY**

175. Please identify by **full name** and **job title** the management official who sent you home on July 13, 2023 and did not pay you for the day. Senior MDO Michael Phillips

176. Were there any **other** management officials involved in this matter? Yes Sharon Walker & Ditrius

177. If so, please identify them by **full name** and **job title** and **describe their involvement.**

Sharon Walker (Supervisor)
Ditrius (204 B)

178. What were the circumstances which led to this incident? **Please be specific.**

Claim #6

179. Did management provide you with the reason for sending you home and refusing to pay you for the day? He put me out the building, so I never could ask personally.

180. If so, what reason did they give? N/A

| **I declare under penalty of perjury that the foregoing is true and correct.** | |
|---|---|
| Affiant's Signature  Princess Myers    00142 | Date Signed  11/22/2023 |
| PS Form 2569, March 2001 | Affidavit A  Page 23 of 41 |

| UNITED STATES POSTAL SERVICE ® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit (Continuation Sheet) | 24 | | 1C-731-0359-23 |

181. Did you dispute management's reason? YES.

182. If so, to whom and on what date did you present your dispute? The mailhandler's Union

183. Was your dispute taken into consideration? I guess not. I still haven't recieved my pay from my work that night.

184. At what time did you clock in on the date in question (If you did not clock in, at what time did you record your begin tour)? 12:40am

185. At what time did you clock out (If you did not clock out, at what time did you record your end tour)? He put me out the building at about a quarter to 4am.

186. What type and amount of leave were you charged for the remainder of the day? Leave without pay

187. On what date and at what time did you return to duty? I'm still on emergency placement. They are now paying me admin leave but still owe me for the day I was put out and a month and a half after that.

188. What type of leave were you charged for your absence? Leave without pay

189. Why do you believe your sex was a factor in management actions and decisions in this matter? Please be specific. I am a woman.

190. Why do you believe management's actions and decisions in this matter were based on retaliation for your participation in EEO activity (to include reporting allegations of sexual harassment)? Please be specific. Not paying me for what I've worked is a serious violation. The days after I knew I would have to get the union to fight for, but no one should have to fight for what I actually worked. This was personal for him.

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | | Date Signed |
|---|---|---|
| Princess Mgeni | 00143 | 11/27/2023 |
| PS Form 2569, March 2001 | | Affidavit 6 Page 24 of 41 |

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® <br> **EEO Investigative Affidavit** *(Continuation Sheet)* | 25 | | **1C-731-0359-23** |

191. Why do you believe your **medical condition** was a factor in management's actions and decisions in this matter? **Please be specific.** N/A

192. Do you feel that management violated any Postal rule, regulation, or policy in this matter? YES.

193. If so, please identify the rule, regulation, or policy, and explain how it was violated.

harassment, sexual harassment, retaliation

194. Did you file a grievance on the issue? YES.

195. If so, please indicate its current status, and **provide a copy of your grievance file.**

The union has all grievance copies.

196. You identified Chamara as a comparison employee who was treated *more favorably than* you were by the same management official under similar circumstances. Please provide the following information for Chamara:

(a) **Full name** Chamara

(b) **Job title, work location, and immediate supervisor's name** — Mailhandler level 5

(c) **Sex** Female

(d) Whether you have knowledge of their **participation** in **EEO activity** (please answer YES/NO/UNKNOWN <u>ONLY</u>) NO

(e) Whether you have knowledge of them **suffering from any medical condition/impairment** (please answer YES/NO/UNKNOWN <u>ONLY</u>) NO

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature <br> Princess Myers | Date Signed <br> 11/22/2023 |

PS Form 2569, March 2001                    00144                    Affidavit (A) Page 25 of 41

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No |
|---|---|---|---|
| **EEO Investigative Affidavit** *(Continuation Sheet)* | 26 | | 1C-731-0359-23 |

**(f)** The reason you believe Chamara was treated _more favorably than_ you were under similar circumstances  She would leave her section and go sleep in her car for hours. I even went to him about it and nothing was done. He said Chamara was the only driver who

**197.** You identified Demetrius as a comparison employee who was treated _more favorably than_ you does were by the same management official under similar circumstances. Please provide the following not information for Demetrius:  have to bring mail in from the dock.

**(a) Full name**  Demeterius

**(b) Job title, work location, and immediate supervisor's name**  Mailhandler

**(c) Sex**  Female

**(d)** Whether you have knowledge of their participation in EEO activity (please answer YES/NO/UNKNOWN <u>ONLY</u>)  NO

**(e)** Whether you have knowledge of them suffering from any medical condition/impairment (please answer YES/NO/UNKNOWN <u>ONLY</u>)  NO

**(f)** The reason you believe Demetrius was treated _more favorably than_ you were under similar circumstances  She would leave section and go musing for hours. No matter how much it was brought to management? Attention, Nothing

**198.** Within the past 2 years, have there been any other employees who have been treated _more was favorably than_ you were by the same management official under similar circumstances, in that they _were_ done _not sent home_ after being charged with an infraction similar to yours?  No.

If so, please identify them by:

**(a) Full name**  N/A

**(b) Job title, work location, and immediate supervisor's name**  N/A

| I declare under penalty of perjury that the foregoing is true and correct. |
|---|
| Affiant's Signature                    00145                    Date Signed  11/22/2023 |

PS Form 2569, March 2001                                                        Affidavit Page 26 of 41

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE®** EEO Investigative Affidavit *(Continuation Sheet)* | **27** | | **1C-731-0359-23** |

(c) Their **sex**   N/A

(d)    Whether you have knowledge of their participation in EEO activity (please answer YES/NO/UNKNOWN <u>ONLY</u>)   N/A

(e)  Whether you have knowledge of them **suffering from any medical condition/impairment** (please answer YES/NO/UNKNOWN <u>ONLY</u>)    N/A

(f)  The **reason** you believe they <u>*were treated more favorably than you were*</u>

N/A

199.  Within the past 2 years, have there been any employees who have been treated <u>***the same as***</u> you were by the same management official under similar circumstances, in that they <u>***were sent home***</u> after being charged with an infraction similar to yours?

If so, please identify them by:

(a) **Full name**   Karione S.

(b) **Job title, work location, and immediate supervisor's name**   Level 5 mailhandler

(c) **Their sex**   Female

(d)    Whether you have knowledge of their participation in EEO activity (please answer YES/NO/UNKNOWN <u>ONLY</u>)   NO

(e)  Whether you have knowledge of them **suffering from any medical condition/impairment** (please answer YES/NO/UNKNOWN <u>ONLY</u>)   NO

(f)  The **reason** you believe they <u>*were treated the same as you were*</u>   He gA made Karione a level D5 mailhandler give up her equipment to A non career.

**HARASSMENT ALLEGATION**

200.  <u>***Other than as previously addressed***</u>, did you, or anyone acting on your behalf, tell the alleged harasser or person who created the hostile work environment that you found their behavior unacceptable, unwelcome, and/or offensive?   yes.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature  Princess Myers  00146 | Date Signed  11/28/2023 |

| UNITED STATES POSTAL SERVICE®  EEO Investigative Affidavit *(Continuation Sheet)* | Page No | No. Pages | Case No. 1C-731-0359-23 |
|---|---|---|---|
| | 28 | | |

If so, provide the following:

**(a) Who did you tell?** Michael Phillips, Sybil Monteal, Sharon Walker

**(b) When did you tell them?** The night of July 13, 2023. morning

**(c) What did you/they tell them?** That him taking my equipment is A violation of the mailhandler's contract.

**(d) What was their response?** He said, "He can do what he wants it's his building."

**If you submitted written notification, please provide a copy.**

**201.** Have you specifically told the harasser or person who created the hostile work environment that their actions must cease? Yes.

**202.** If so, when did you do so, and what action did they take as a result?
The night that he put me out the building.

**203.** If you did **not** tell them to stop, why not?

**204.** Did you, or anyone else acting on your behalf, bring your concerns regarding the alleged harassment/hostile work environment to the attention of any *other* management officials? Yes.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature  Princess Myers  00147 | Date Signed  11/2/2023 |

PS Form 2569, March 2001

Affidavit Q
Page 28 of 41

| UNITED STATES POSTAL SERVICE ® | Page No. | No Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit (Continuation Sheet) | 29 | | 1C-731-0359-23 |

If so, provide the following:

**(a) Who did you tell?** Sybil Montrell, Sharon Walker,

**(b) When did you tell them?** July 13, 2023

**(c) What did you/they tell them?** Michael Phillips was harassing and retaliating against me because of my statements.

**(d) What was their response?** Sharon Walker told me to just leave because she didn't want to see me get escorted out by postal police because I didn't deserve that. Sybil told me to file a grievance and for me to do

If you notified that management official in writing, please provide a copy. an EEO.

**205.** Was an investigation conducted into your allegations of harassment/hostile work environment? Yes.

**206.** If so, who conducted the investigation and when was it conducted? I contacted Postal Inspection.

**207.** If an investigation was conducted, were you advised of the outcome? If so, when, by whom and what was the outcome? If you received a written report of the investigation, please provide a copy. No. I called and the union has requested numerous of times.

**208.** What, if any, effect did the harassment/hostile work environment have on your physical or emotional well-being? I am a complete wreck. I have never dealt with any of this. I'm stressed, I anxious all the time, and I am financially hurting from this set back.

**209.** What, if any, effect did the alleged harassment/hostile work environment have on your work performance? This has been the worst working year of my life

I declare under penalty of perjury that the foregoing is true and correct

| Affiants Signature | | Date Signed |
|---|---|---|
| Princess Myers | 00148 | 11/22/2023 |

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® <br> **EEO Investigative Affidavit** *(Continuation Sheet)* | 30 | | 1C-731-0359-23 |

I've been so miserable and missed so many days. It's been awful.

**210.** Have you received training in harassment and/or a hostile work environment, and if so, when and what training did you receive? No.

**211.** Is the Agency's policy on anti-harassment/hostile work environment displayed for employees to view in your work area? Yes. It use to be in the front.

**212.** What are you seeking as a remedy to this complaint? I want to be compensated for the day I worked that I haven't been paid for. I also want pain and suffering for the past year of sexual harassment. Also, I want what I'm owed for the month and a half I wasn't paid for. Also,

**213.** Request for documents: Please provide a copy of the following: to be compensated for the days I missed due to

(a) Any medical documentation you submitted in support of your medical condition being sexually harassed

(b) All requests for reasonable accommodation you submitted, along with management's response to those requests

(c) All medical documentation you submitted in support of your request for reasonable accommodation

(d) Any correspondence to or from the District Reasonable Accommodation Committee

(e) Correspondence to/from management concerning allegations of sexual harassment, which alleged led to management's retaliation

(f) Correspondence to/from management concerning Claim #1

(g) Correspondence to/from management concerning Claim #2

(h) Correspondence to/from management concerning Claim #3

(i) Correspondence to/from management concerning Claim #4

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature *Princess Myers* | Date Signed 11 / / 2023 |
| 00149 | |

| UNITED STATES POSTAL SERVICE ® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit *(Continuation Sheet)* | 31 | | 1C-731-0359-23 |

(j) Correspondence to/from management concerning Claim #5

(k) Correspondence to/from management concerning Claim #7

(l) Your grievance files for any grievances filed on this claim

(m) Report of management's investigation into your allegations of harassment

Postal Inspection has that. They will not Return my calls or the union's Request.

| **I declare under penalty of perjury that the foregoing is true and correct.** | | |
|---|---|---|
| Affiant's Signature *Princess Myers* | 00150 | Date Signed 11/22/2023 |

PS Form 2569, March 2001                                                                                   Affidavit Page 31 of 41

| Page No. | No. Pages | Case No. |
|---|---|---|
| | | 1C-731-0359-23 |

**EEO Investigative Affidavit** *(Continuation Sheet)*

Michael Phillips has used his power to control my livlihood. He's used intimidation tricks, and has even gone as far as removing me from the building for no reason, only because he has the power. After removing me from the building, he didn't send anything in the mail about my emergency placement until a month after putting me out the building. According to the mailhandler's handbook, he has 24-48 hours after putting me on emergency placement to notify me in the mail and his reasoning. He then lied and stated I threatened him, and that was the reason, which is untrue. He even tried to force his supervisors Detrius and Sharon Walker to write a false statement claiming to have witnessed the threat. They both declined and notified me. This man is trying to ruin my life, he is going to far extense to make sure I hurt from his unjustice and retaliation.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature

Date Signed 11/22/2023

00151

Affidavit A
Page 32 of 41

# EEO Investigative Affidavit for Compensatory Damages
*Note: Not applicable to Age Discrimination in Employment Act (ADEA) Claims*

| Name | Case No. | Page No. | No. of Pages |
|------|----------|----------|--------------|
| PRINCESS MYERS | 1C-731-0359-23 | 1 | |

## Instructions for the Complainant:

During an investigation into alleged discrimination, The Postal Service is required to gather evidence regarding appropriate remedies, which may include compensatory damages. The remedy that you are seeking to resolve this complaint includes your claim that you are entitled to receive a monetary award. Therefore, you must provide testimony and evidence concerning the nature, extent and severity of the harm you suffered due to the alleged discriminatory conduct. PS Form 2569-C contains a number of questions and/or statements regarding your claim for damages. Please read the questions or statements carefully before responding. If you need additional space, please use an additional sheet(s). Any additional sheet(s) must show the number of this form (Form 2569-C), the item number(s) to which it pertains, a page number and the total number of pages submitted for this form. *You must declare under penalty of perjury that the information you provide on this form including any attached sheets is true and correct.*

1. I experienced financial difficulties because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of difficulty(ies), when occurred, duration of occurrence, and severity. My car went in repossession. I got extremely behind on bills. I had to continuously borrow money and I'm still trying to recover from being put out of the building.

2. I experienced medical problems because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity. Anxiety worsened. Started falling into depression because I couldn't pay my bills. I couldn't sleep. I gained weight stress eating.

3. I obtained psychological or psychiatric counseling and/or treatment because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity. I see a psychiatrist and am currently taking 150m Venlafaxine

4. I have had to take medication because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, list type of medication, reason for the medication, and the cost of the medication.

   150mg Venlafaxine

| Page No. | No. of Pages |
|---|---|
| 2 | |

5.  Did any of the difficulties for which you checked **"Yes"** in items 1-4 exist prior to the act(s) of discrimination alleged in your complaint?

☐ Yes          ☑ No

If yes, please complete question 6 below.

6.  Describe for each pre-existing condition how that condition was made worse by the act(s) of discrimination alleged in your complaint. Begin each description with the item number on page 1 (items 1 through 4) to which it pertains.

7.  Is there any other information or evidence regarding your claim for entitlement to compensatory damages that you want to include with your affidavit?

☐ Yes          ☑ No

If yes, please provide a full explanation of the information you wish to include. Attach additional pages if necessary.

---

### IMPORTANT!

You must attach or provide the investigator with copies of documentation, such as bills, doctor's statements, pharmacy bills, statements from other persons, or other paperwork relevant to the difficulty that you claim is related to the discriminatory act(s) alleged in your complaint. If you do not have copies of your documentation, you may provide the original to the investigator who will copy relevant records and return the original documents to you. Alternatively, for medical information and records, you may provide a signed authorization from your health care provider to the investigator permitting him/her to obtain information directly from your health care provider or pharmacy. Or, you may sign a medical information release provided by the investigator if you prefer.

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16, The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a, The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a, and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits, to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request, to an expert, consultant, or other person under contract with the USPS to fulfill an agency function, to the Federal Records Center for storage, to the Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances, to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614, to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction, and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

---

**I declare under penalty of perjury that the foregoing, including any attached sheets, is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| *Princess Myers*        00153 | 11/22/2023 |

| U.S. Postal Service | Case No. |
|---|---|
| **Certification** | **1C-731-0359-23** |

I have read the proceeding attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and wilfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a, the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a, and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits, to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

Subscribed and (sworn) (affirmed) before me on this _22_ day of _November_, 20 _23_.

_____     Affiant's Signature (Sign in the presence of EEO Investigator)
Signature of EEO Complaints Investigator

00154

_Theresa Myers_
Affiant A
Page 35 of 41

I declare, under penalty of perjury, that the foregoing is true and correct.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator.)*

| Affiant's Signature | *Princess Myers* | Date Signed | 11/22/2023 |

PS Form **2571**, May 2001