**UNITED STATES**
**POSTAL SERVICE** ®

**EEO Investigative Affidavit *(Witness)***

| Page No. | No. Pages | Case No. |
|---|---|---|
| 1 | 28 | 1C-731-0359-23 |

| 1. Affiant's Name (Last, First, MI) | 2. Employing Postal Facility |
|---|---|
| **PHILLIPS, MICHAEL** | **N.Orleans** |

| 3. Position Title | 4. Grade Level | 5. Postal Address and Zip +4 | 6. Unit Assigned |
|---|---|---|---|
| **Sr. Manager** | **25** | 701 Loyola Ave. | **Plant** |

**Privacy Act Notice and Rehabilitation Act Notice**

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: In relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the Complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

**USPS Standards of Conduct**

Postal Service regulations require all Postal Service employees to cooperate in any Postal Service investigation. Failure to supply the requested information could result in disciplinary action in accordance with ELM 665.3 and 665.6.

7. Statement (*Continue on Form 2569 if additional space is required. Form will auto-create if using Microsoft Word*)

**Please complete the top section of this form, boxes #1 thru #5.**

1. What is your full name?
Michael C. Phillips

2. Please state your *current* position title, level, work location, telephone number, and email address.
Sr. Manager
25
N. Orleans
Michael.C.Phillips@usps.gov.

3. What was your position title and work location *during the time period of this complaint (November 2022 – July 2023)*?
Lead Manager
T-1
N. Orleans (Plant)

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| *Michael C. Phillips* | 3/10/2024 |

PS Form 2568-B, October 2015

Exhibit G


**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | 28 | 1C-731-0359-23 |

4. What was the Complainant's position *during the time period of this complaint*?
Mail handler

5. What was your organizational relationship to the Complainant *during the time period of this complaint*?
Lead Manager

6. Please provide the **full name** and **position title** for your immediate manager.
Courtnay McKelvey
Plant Manager

## SEX ALLEGATION

7. What is your **sex**?
Male

8. What do you believe the Complainant's **sex** to be?
Appears to be Female

9. **When (approximate date)** did you become aware of the Complainant's **sex**?
Upon arrival to the N. Orleans Plant.

## RETALIATION ALLEGATION

10. Complainant has alleged that she has participated in EEO activity in the past by reporting that she was being sexually harassed. Were you **involved** in any of her allegations?
I am unaware of any prior EEO activity. No I'm unaware.

11. If so, please indicate **which allegations** you were involved in, state the **date(s) of your involvement,** and **describe your involvement (e.g., did she report her allegations to you, were you the subject of her allegations, or both?)**
**See above.**

---

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| *Michael C. Phillps* | 3/10/2024 |

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® <br> **EEO Investigative Affidavit (Continuation Sheet)** | **3** | *28* | 1C-731-0359-23 |

12. If you were **not** involved in these prior activities, were you **aware** of the Complainant being involved in EEO activity prior to this complaint? (*EEO activity includes filing a charge, testifying, assisting another, or participating in a discrimination proceeding; or otherwise opposing discrimination.*)
I am unaware of any prior EEO activity.

13. If so, when did you become **aware** of the Complainant's EEO activity?
See above.

14. What is your personal involvement in the **current** case filed by the Complainant?
I was named as the RMO.

**DISABILITY ALLEGATION**

15. Are you aware of whether or not the Complainant suffers from any medical conditions or impairments? If so, what are they?
I am unaware.

16. **When** and **how** did you become aware of the Complainant's medical condition or impairments?
See above.

17. Have you received medical documentation in reference to the Complainant's medical condition, and, if so, **when** and **what** did you receive? **Please provide a copy of any medical documentation you have received pertaining to the Complainant's medical condition.**
**No, I have never received any documentation in reference to the complainant,**

18. Please describe the specific duties which the Complainant is required to perform while at work; the skills and abilities required to perform those duties; and the frequency with which those duties are performed.

Dispatching, Transporting equipment, Dispatching mail ,Loading/Unloading Trucks and all other duties assigned by the Supervisor.

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| *Michael C. Phillips* | 3/10/2024 |

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 4 | 28 | 1C-731-0359-23 |

19. Does the Complainant have work limitations? If so, what are those limitations?
I am unaware.

20. Does the Complainant's medical condition affect her ability to perform her work assignment? If so, how?
See above.

21. Did the Complainant request reasonable accommodation for a medical condition or impairment, and, if so, what action was taken? When was the request received, and when was the action taken on the request?

I am unaware of any request for reasonable accommodation

**CLAIM #1: ON AN UNSPECIFIED DATE, MANAGER PHILLIPS BLEW A KISS AT COMPLAINANT IN FRONT OF HER CO-WORKERS**

22. Complainant has alleged that, on an unspecified date, as she was driving out of the door next to the bullpen area, dispatching Houma's mail, she passed you and a co-worker on the dock; and, when she drove by, you blew her a kiss – an action witnessed by her co-worker. She further alleged that she told you that you were going too far, and your only response was that she "knows she is your tall drink of water". Is this correct?

I have never blew a kiss at the complainant on any specific date. Also due to my own personal medical condition, upon my arrival to N. Orleans, and dealing with COVID-19, I've always wore a face mask. Also even had an employee imitate me during our Employee Appreciation/Recognition Day by not only imitating by attire including wearing a mask. Therefore it would be impossible to blew a kiss at the complainant

23. If so, what is the reason for your actions?

See above.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: *Michael C. Phillips*

Date Signed: 3/10/2024

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE**® | 5 | 28 | 1C-731-0359-23 |

**EEO Investigative Affidavit (Continuation Sheet)**

24. If the Complainant's allegation is **not** correct, have you ever blown her a kiss while both of you were on duty?

The complainant allegation is false, and I have never blew a kiss at the complainant.

25. Did the Complainant ever notify you that she believed your actions (such as blowing her a kiss) were unwelcome, unprofessional, and/or harassing?

See above.

26. If so, **on what date** and **by what means** did she do so? **If she submitted written notification, please provide a copy.**

See above.

27. What was your response? **If you responded in writing, please provide a copy.**

See above.

28. Do you know if the Complainant ever reported allegations concerning this incident to any **other** management official?

I am unaware.

29. If so, **to whom, on what date**, and **by what means** did she provide that notification? **If she submitted written notification, please provide a copy.**

See above

30. What was **that** management official's response? **If they responded in writing, please provide a copy.**

See above

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| Michael C. Phillips | 5/10/2024 |

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 6 | 2B | 1C-731-0359-23 |

31. Was the Complainant's **sex** a factor in your actions or decisions in this matter?

No.

32. Were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)**?

No retaliation towards the complainant was taken at no time.

33. Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

I am unaware of any medical conditions in reference to the complainant.

34. Did you rely upon the provisions of any Postal rule or regulation in this matter?

I am unaware.

35. If so, please identify the Postal regulation you relied upon.

See above

36. Did the Complainant file a grievance on the issue?.

I am unaware of any grievance filed by the complainant

37. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**

**See above.**

---

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---------------------|-------------|
| Michael G. O'Kelley | 3/10/2024 |

PS Form 2569, October 2015



**UNITED STATES**
**POSTAL SERVICE** ®

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit (Continuation Sheet)** | 7 | 28 | 1C-731-0359-23 |

**CLAIM #2: ON MULTIPLE UNSPECIFIED DATES, MANAGER PHILLIPS ASKED THE COMPLAINANT ON A DATE**

38. Complainant has alleged that, each day you worked together, you asked her to go on a date with you. She further alleged that you also asked her why, each time you asked her out, she ignored you or changed the subject; but, when she responded, "that means stop asking", you were adamant that you would continue your behavior. Is this correct?

No, that is not correct, I have never asked the complainant on a date ever. Also the complainant had a Supervisor which the complainant reported to daily, and while on T-1 I was in the process of training a newly promoted Manager S. Clark which she shadowed me throughout the facility, and she can attest to that as well. So there was no time for me to ask the complainant on a date because I was always accompanied by S. Clark.

39. If so, what is the reason for your actions?

See above.

40. If the Complainant's allegation is **not** correct, have you ever asked the Complainant on a date?

No not ever.

41. If so, please describe your conversation **in detail** to include **exactly** what you said as well as the Complainant's response.

See above.

42. Did the Complainant ever notify you that she believed your actions (such as asking her out) were unwelcome, unprofessional, and/or harassing?

No conversation occurred.

43. If so, **on what date** and **by what means** did she do so? **If she submitted written notification, please provide a copy.**

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| Michael C. Phillips | 5/10/2024 |

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 8 | 2 8 | 1C-731-0359-23 |

See above.

44. What was your response? **If you responded in writing, please provide a copy.**

See above.

45. Do you know if the Complainant ever reported her allegations concerning you asking her on a date to any **other** management official?

No, I am unaware.

46. If so, **to whom, on what date,** and **by what means** did she provide that notification? **If she submitted written notification, please provide a copy.**

**See above**

47. What was **that** management official's response? **If they responded in writing, please provide a copy.**

See above.

48. Was the Complainant's **sex** a factor in your actions or decisions in this matter?

No

49. Were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)?**

NO

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---------------------|-------------|
| M. Chael C. Phillips | 3/10/2024 |

PS Form 2569, October 2015

| | UNITED STATES POSTAL SERVICE® EEO Investigative Affidavit (Continuation Sheet) | Page No. 9 | No. Pages 29 | Case No. 1C-731-0359-23 |
| --- | --- | --- | --- | --- |

50. Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

Unaware of any medical conditions.


51. Did you rely upon the provisions of any Postal rule or regulation in this matter?

See above.



52. If so, please identify the Postal regulation you relied upon.

See above.



53. Did the Complainant file a grievance on the issue?

I am unaware of any grievance been filed.


54. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**

**See above.**



**CLAIM #3:  ON NOVEMBER 23, 2022, MANAGER PHILLIPS ATTEMPTED TO HUG THE COMPLAINANT**

**No attempt to hug the complainant on November 23,2022 at any time.**


**CLAIM #4:  IN NOVEMBER 2022, MANAGER PHILLIPS CALED COMPLAINANT A TALL GLASS OF WATER AND GAVE HER A TIGHT HUG**


55. Complainant has alleged that, on November 23, 2022, she was told to report to your office to submit return-to-work paperwork following her surgery.  She further alleged that when she did so, you hugged her so tightly that her breastbone began to hurt; and you told her how much you missed her.  She also alleged that

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
| --- | --- |
| Michael C Phillips | 3/10/2024 |

PS Form 2569, October 2015



**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 10 | 28 | 1C-731-0359-23 |

she pushed you away and told you that your actions were unacceptable, but your only response was that she was your baby and you thought she wasn't coming back.   Is this correct?

On the date that the complainant alleged happened, I was in Texas. (See attachment) therefore the allegation is incorrect, and at no time that incident never occurred.

56.  If so, what is the reason for your actions?

See attached: (3972)

57.  If the Complainant's allegation is **not** correct, do you recall the interaction you had with the Complainant on November 23, 2022 when she submitted her return-to-work paperwork?

See above

58.  If so, please describe that incident **in detail.**

See above.

59.   Did the Complainant ever notify you that she believed your actions (such as hugging her) were unwelcome, unprofessional, and/or harassing?

No conversation never took placed between myself and the complainant.

60.  If so, **on what date** and **by what means** did she do so?  **If she submitted written notification, please provide a copy.**

**See above.**

61.  What was your response?  **If you responded in writing, please provide a copy.**

See above.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature   _Michael C. Phillips_

PS Form 2569, October 2015

Date Signed   3/10/2024

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 11 | 28 | 1C-731-0359-23 |

62.   Do you know if the Complainant ever reported allegations concerning this incident to any **other** management official?

According to C. McKelvey no management  official ever reported any allegations.

63.   If so, **to whom, on what date**, and **by what means** did she provide that notification?  **If she submitted written notification, please provide a copy.**

**See above.**

64.  What was **that** management official's response?  **If they responded in writing, please provide a copy.**

See above.

65.  Was the Complainant's **sex** a factor in your actions or decisions in this matter?

No.

66.  Were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)?**

See above.

67.  Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

I am unaware of any complainant medical conditions.

68.  Did you rely upon the provisions of any Postal rule or regulation in this matter?

See above

_I declare under penalty of perjury that the foregoing is true and correct._

| Affiant's Signature | Date Signed |
|---------------------|-------------|
| _Michael C. Phillips_ | 9/10/2024 |

PS Form 2569, October 2015

**UNITED STATES**
**POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 12 | 28 | 1C-731-0359-23 |

69. If so, please identify the Postal regulation you relied upon.

See above.

70. Did the Complainant file a grievance on the issue?

I am not aware of any grievance filed on this matter.

71. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**

**See above.**

**CLAIM #5:  IN DECEMBER 2022, MANAGER PHILLIPS ASKED THE COMPLAINANT TO HAVE HIS BABY**

72.  Complainant has alleged that, in December 2022, in the presence of one of her co-workers, you told her you would like her to have your baby -- specifically a girl.  She further alleged that she became aggravated and very uncomfortable and told you that she found your actions to be harassing; but you laughed and said you wanted the baby to have the Complainant's eyes.  Is this correct?

That's absolutely not true. I have approx.. (38yrs.) with the Postal Service, I'm 60yrs of age, at my Retirement yrs. So needless to say, I wouldn't put myself in the position to asked the complainant to have my baby.

73. If so, what is the reason for your actions?

See above.

74. If the Complainant's allegation is **not** correct, did you ever tell the Complainant you'd like her to have your baby?

No that is incorrect

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Michal G. Phillips | 5/10/2024 |

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® | 13 | 28 | 1C-731-0359-23 |

**EEO Investigative Affidavit (Continuation Sheet)**

75. If so, please describe that conversation **in detail** and include the Complainant's response.

See above

76. Did the Complainant ever notify you that she believed your actions (such as asking her to have your baby) were unwelcome, unprofessional, and/or harassing?

No, the complainant and myself never had that conversation.

77. If so, **on what date** and **by what means** did she do so?  **If she submitted written notification, please provide a copy.**

**See above.**

78. What was your response?  **If you responded in writing, please provide a copy.**

I am unaware

79. Do you know if the Complainant ever reported her allegations concerning you asking her to have your baby to any **other** management official?

I am unaware of any complainant allegations in writing.

80. If so, **to whom, on what date**, and **by what means** did she provide that notification?  **If she submitted written notification, please provide a copy.**

**See above.**

81. What was **that** management official's response?  **If they responded in writing, please provide a copy**

I am unaware of any management response.

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| *Michael C. Phillips* | 3/10/2024 |

PS Form 2569, October 2015

**UNITED STATES**
**POSTAL SERVICE**®

EEO Investigative Affidavit (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 14 | 28 | 1C-731-0359-23 |

82. Was the Complainant's **sex** a factor in your actions or decisions in this matter?

No

83. Were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)**?

No

84. Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

I am not aware of any medical conditions in reference to the complainant.

85. Did you rely upon the provisions of any Postal rule or regulation in this matter?

See above.

86. If so, please identify the Postal regulation you relied upon.

See above.

87. Did the Complainant file a grievance on the issue?

See above

88. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**

**I am unaware of any grievance filed my the complainant.**

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature
Michael C. Phillips

Date Signed
3/11/2024

PS Form 2569, October 2015


**UNITED STATES**
**POSTAL SERVICE** ®

EEO Investigative Affidavit (Continuation Sheet)

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| | **15** | *28* | 1C-731-0359-23 |

**CLAIM #6: ON JULY 13, 2023, COMPLAINANT WAS REQUIRED TO GIVE HER TOW MOTOR EQUIPMENT TO ANOTHER EMPLOYEE WITH LESS SENIORITY**

Complainant reported for duty after her scheduled reporting time, which management instructed another employee (Tyren McKensie) to ride the PIT equipment.

**CLAIM #7: ON JULY 13, 2023, MANAGEMENT MADE INAPPROPRIATE COMMENTS**

I am unaware of any inappropriate comments.

**CLAIM #8: ON JULY 13, 2023, COMPLAINANT WAS SENT HOME AND NOT PAID FOR THE DAY**

Yes, complainant was sent home after "threatening the Sr. Manager(Myself).

89. Complainant has alleged that, on July 13, 2023, the following events took place:

(A) she arrived at work late, due to an accident at her home

(B) when she arrived, all equipment was in use, so the equipment being used by a non-career employee was reassigned to her

(C) you stated that the Complainant arrived late and the other employee was only licensed to operate a slay, so you instructed Sharon Walker to return the equipment to the other employee, and told the Complainant to "take her ass back downstairs to look for equipment" or to "get her ass out of your building"

(D) you then removed her from the building, telling her that she would be working at Burger King, adding that you hoped she had a car note and bills, so she could lose everything, further stating that you could have taken care of her, but now she would need "them niggas" to do it

(E) she worked from approximately 12:40AM until approximately 3:45AM, and, while she is currently on Administrative Leave, she was charged LWOP for July 13th and for 1 ½ months thereafter

Are these allegations correct?
Partially:

(a). Upon the arrival to work on the specified date, the complainant arrived late.
(b). Mailhandler McKenzie was assigned the duties the complainant would have performed had the complainant reported to work on time, or called into the IVR System.
(c). I did instruct Supervisor Sharon Walker to give T. McKenzie back on the "SLED," (via) radio, therefore at no time did I engaged in conversation with the Complainant for me to state to her "take her ass back downstairs to look for equipment" or get her ass out of your building.
(d). Complainant was removed from the building after "threatening" (myself) Sr. Manager, stating having her boyfriend come up here and "FUCK" you up! Once again no conversation between the Complainant and myself at no time therefore, I never stated to the Complainant that she would working at Burger King, never

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| Michael e. Phillip | 5/10/2024 |

PS Form 2569, October 2015


**UNITED STATES**
**POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 16 | 28 | 1C-731-0359-23 |

sataed anything in reference to complainant car note, bills, or lose everything. I never stated to the Complainant that she could've been taken care of.

90. If so, what is the reason for your actions

    (A) Upon the arrival to work on the specified date, the complainant arrived late
    (B) Mail handler McKensie was assigned the duties the complainant would have been performed had the complainant reported on time to work, or called in to the IVR system.
    (C) I did instruct Supervisor Sharon Walker to give Tyren Mckensie back on the "SLED".
    (D) Complainant was removed from the building after threatening (Myself) Sr. Manager at that time. Stating to me, "I'm gonna have my boyfriend come up here and "FUCK" you up!
    (E) Additionally I was on the 2nd floor (Automation) talking with Union Steward Sybil Montreal attempted to explained the situation involving the complainant. The complainant appeared on the 1st floor without permission while I was talking with steward Sybil when she started shouting , I want to file a grievance. Fuck him!

91. If the Complainant's allegations are **not** correct, please identify **which ones** are incorrect, and provide the correct information, as well as your reasons for taking the action you took.

See above

92. Were there any other management officials involved in these incidents?

Yes

93. If so, please identify them by **full name** and **position title** and **describe their involvement**.

Sharon Walker (Supervisor)
Dietris Smith (Supervisor)

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| M. Challi Phillips | 3/10/2824 |

PS Form 2569, October 2015

**UNITED STATES**
**POSTAL SERVICE**®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 17 | 28 | 1C-731-0359-23 |

94. Did you provide the Complainant with the reason(s) for your actions?

Yes

95. If so, what reasons did you give?

Threatening a Sr. Manager to have boyfriend" come and cause me bodily harm ( I cleaned up the meaning of what she said to me in this response – cursing).

96. Did the Complainant dispute your reasons?

I am unaware of the disposition of the grievance.

97. If so, **to whom** and **on what date** did she present her dispute?

I am unaware.

98. Was her dispute taken into consideration?

I am unaware

99. Please provide the Complainant's being tour and end tour for July 13, 2023. **Please provide a copy of the TACS Employee Everything Report for the Complainant for July 13, 2023**

**See attachment**

BT

ET

100. What type of leave was she charged for the remainder of the day?  **Please provide a copy of the PS Form 3971 for the Complainant for July 13, 2023.**

101. Was the Complainant placed on Emergency Placement?

---

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---------------------|-------------|
| Michael C Phillips | 3/16/2024 |

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE®** <br> EEO Investigative Affidavit (Continuation Sheet) | **18** | 28 | 1C-731-0359-23 |

Yes

102. If so, what was the effective date?

103. Was the Complainant issued written notice of her Emergency Placement?

104. If so, **by whom** and **on what date** was it issued?  **Please provide a copy of the Emergency Placement issued to the Complainant.**

105. Did the Complainant ever return to work?

No complainant is still on Administrative leave per my manager

106. If so, **on what date, at what time**, and **to what facility** did she report?  **Please provide a copy of PS Form 3972 for the Complainant for Leave Years 2023 and 2024, showing the entire period of absence**

N/A

107. Was the Complainant's **sex** a factor in your actions or decisions in this matter?

NO.

108. Complainant has alleged that you took this action against her in retaliation after she submitted written statements concerning her allegations of your sexual harassment.  Is this correct?

No I was unaware of any written statements on behalf of complainant.

109. If so, what is the reason for your actions?·

N/

---

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| Michal C Phillips | 5/10/2024 |

PS Form 2569, October 2015

 **UNITED STATES**
**POSTAL SERVICE** ®

EEO Investigative Affidavit (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 19 | 28 | 1C-731-0359-23 |

110. If the Complainant's allegations are not correct, were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)?**

No, the allegations from complainant is incorrect no retaliation was taken.

111. Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

Not aware of complainant medical conditions.

112. Did you rely upon the provisions of any Postal rule or regulation in this matter?

Yes

113. If so, please identify the Postal regulation you relied upon.

Copy 16.7 Emergency Placement

114. Did the Complainant file a grievance on the issue?
According to my Manager Courtnay McKelvey

115. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**

**See above**

116. Complainant has identified Brianne Jessie as an employee who was treated ***the same as*** she was under similar circumstances, in that she ***was also required*** to give her equipment to an employee with less seniority. Please provide the following information for Brianne Jessie:

(a) **Full name**
**Brianne Jesse**

(b) **Position title, work location**, and **immediate supervisor's name**
Mail handler

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature
Michael C. Phillips

Date Signed
3/10/2024

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 20 | 28 | 1C-731-0359-23 |

(c) **Sex**
Appear Female

(d) Whether you have knowledge of Brianne Jessie **participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)**
Unknown

(e) Your knowledge of whether Brianne Jessie **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)**

Unknown

(f) The reason Brianne Jessie was required to give equipment to an employee with less seniority
I am unaware of B. Jessie required to give up equipment to another employee.

117.  Complainant has identified Karione S. as an employee who was treated *the same as* she was under similar circumstances, in that she *was also required* to give her equipment to an employee with less seniority. Please provide the following information for Karione S.:

(a) **Full name**
Kerion Schucklenberg

(b) **Position title, work location, and immediate supervisor's name**
Mail handler(Equipment Operator)

(c) **Sex**
Appears Female

(d) Whether you have knowledge of Karione S. **participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)**
Unknown

---

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature

_Michael C Phillips_

Date Signed  3/10/2024

PS Form 2569, October 2015

**UNITED STATES**
**POSTAL SERVICE** ®

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| **21** | 28 | 1C-731-0359-23 |

**EEO Investigative Affidavit (Continuation Sheet)**

(e) Your knowledge of whether Karione S. **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)**

Unknown

(f)  The reason Karione S. was required to give equipment to an employee with less seniority

I am unaware of K .Schecklenbúrg giving equiptment to a Jr. employee.

118.  Within the past year, have there been any **other** employees under your immediate supervision who were treated **_the same as_** the Complainant, in that they **_were instructed to give their equipment to employees with less seniority_**? No, however level 5 PIT Operator's are trained to Operate: Sled, Towmotor, Forklift etc.. Certain level (5) mail handler's have not been fully trained to operate all PIT Equipment, Sled, Forklift, Tow-motor etc.. however decisions are made daily by management to placed the Level (5) based on Mail handler qualifications. The Mail handler pay level (5) stays the same regardless of the type of equipment instructed by management.

If so, please identify them by:

(a) **Full name**
     **N/a**
(b) **Work location:**
     **N/a**
(c) **Immediate supervisor's name:**
     **N/a**

(d) **Position title, work location, and immediate supervisor's name**

**N/A**

(c) **Sex**

**N/a**

(d)  Whether  you  have  knowledge  of  them. **participating  in  EEO  activity  (please  answer YES/NO/UNKNOWN ONLY)**

Unknown

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature *Micha Ce Phillips* | Date Signed 3 /10 / 2024 |
|---|---|

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ®<br>**EEO Investigative Affidavit (Continuation Sheet)** | **22** | 28 | 1C-731-0359-23 |

(e)   Your knowledge of whether they **suffer from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN <u>ONLY</u>)**

Unknown

Unknown


(f)  The reason they were required to give equipment to employees with less seniority


119.  Complainant has identified Chamara as an employee who was treated _**more favorably than**_ she was under similar circumstances, in that you were notified that she routinely slept in her car while on the clock, but no action was taken against her.  Please provide the following information for Chamara:

I am aware that Chamara was on high level as a (acting supervisor)

  (a) **Full name**
  (b) **Chamara Mason**


  (c) **Position title, work location, and immediate supervisor's name**
  (d) **Mailhandler**
  (e) **701 Loyola Ave. N. Orleans La. 70113**
  (f) **K. Sheriff**



(c) **Sex**

**Appear Female**


  (g) Whether you have knowledge of Chamara **participating in EEO activity (please answer YES/NO/UNKNOWN <u>ONLY</u>)**
Unknown


  (h) Your knowledge of whether Chamara **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN <u>ONLY</u>)**
Unknown

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature _Michal Co. Phillip_ | Date Signed<br>3/12/2024 |
|---|---|
| PS Form 2569, October 2015 | |



**UNITED STATES
POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 23 | 28 | 1C-731-0359-23 |

   (i)  The reason Chamara was not placed off the clock and removed from the building
      I have no knowledge of such.

120.  Complainant has identified Demetrius as an employee who was treated ***more favorably than*** she was under similar circumstances, in that she routinely went missing for hours, but, even though this was brought to management's attention on numerous occasions, no action was taken against her.   Please provide the following information for Demetrius:

   (a) **Full name**
   (b) **Demetri Railey**

   (c) **Position title, work location, and immediate supervisor's name**
   (d) **Mail handler (Equipment Operator)**
   (e) **701 Loyola Ave. N. Orleans La. 70113**
   (f) **Patrice Jinkens/Andrew Lea**

**(c) Sex**

**Appears Female**

   (g) Whether you have knowledge of Demetrius **participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)**
Unknown

   (h) Your knowledge of whether Demetrius **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)**
Unknown

   (i)  The reason Demetrius was not placed off the clock and removed from the building
      Demetrius Railey has been place off the clock in a non -pay status as well.

121.  Within the past 2 years, have there been any employees under your immediate supervision who were charged with an infraction similar to that of the Complainant who ***were not*** removed from the building and placed off the clock?

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature

*[signature]*

PS Form 2569, October 2015

| Date Signed |
|-------------|
| 3/10/2024 |



**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 24 | 28 | 1C-731-0359-23 |

N/a

If so, please identify them by:

    a) **Full name**
    **N/a**

(b) **Position title, work location,** and **immediate supervisor's name**
**N/a**

(c) **Sex**

(d)    Whether you have knowledge of them **participating in EEO activity** (please answer **YES/NO/UNKNOWN ONLY**)

(e)    Your knowledge of whether they **suffer from any medical conditions/impairments** (ANSWER **YES/NO/UNKNOWN ONLY**)

(f)  The reason they were not placed off the clock and removed from the building after being charged with a similar infraction

122.  Within the past 2 years, have there been any employees under your immediate supervision who were charged with an infraction similar to that of the Complainant who _were_ removed from the building and placed off the clock?
N/a

If so, please identify them by:

a) **Full name: N/a**

(b) **Position title, work location,** and **immediate supervisor's name: N/a**

---

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| _Michael E Phillips_ | 3/10/2024 |

PS Form 2569, October 2015

 **UNITED STATES**
**POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| **25** | 28 | 1C-731-0359-23 |

(c) **Sex: N/a**

(d)    Whether  you  have  knowledge  of  them. **participating  in  EEO  activity  (please  answer YES/NO/UNKNOWN ONLY**): N/a

(e)   Your  knowledge  of  whether  they **suffer  from  any  medical  conditions/impairments  (ANSWER YES/NO/UNKNOWN ONLY**): N/a

(f)  The reason they were placed off the clock and removed from the building after being charged with a similar infraction — **please provide copies of their Emergency Placement Notices: N/a**

## HARASSMENT ALLEGATION

123.  **Other than as previously addressed**, did the Complainant ever tell you that your actions, or those of anyone else, constituted harassment and/or a hostile work environment for her?  If so, describe in detail when and what the Complainant told you, as well as your response (including the action you took as a result of her allegations).

No conversation between the complainant and myself pertaining to harassment has ever been communicated with myself.

124.  Are you aware of the Complainant (or anyone acting on behalf of the Complainant) bringing to the attention of any **other** management official concerns about threatening behavior or a hostile work environment?

yes

125.  If so, to the best of your knowledge, **to whom** and **on what date** did she present his concerns?

C. McKelvey, OIG, S. Sheriff

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature  Michael C. Phillips | Date Signed  3/11/2024 |
|---|---|

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| 26 | 28 | 1C-731-0359-23 |

126.  Was an investigation conducted into the Complainant's allegations of harassment?  If so, **on what date** and **by whom** was it conducted?

Unknown date:

127.  What was the outcome of the investigation?

Unknown:

128.  Was the Complainant informed of the outcome?  If so, how?
Unknown:.

129.  Was any corrective or preventative action necessary?  If so, what action was taken?

Unknown

130.  If no investigation was conducted, please explain why.

A investigation was done.

131.   Have you received training on anti-harassment/hostile work environment while employed by the Postal Service?  If so, when?

Yes, annually

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| *Michal C Phillips* | 3/16 /2024 |

PS Form 2569, October 2015

 **UNITED STATES POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| **27** | *28* | 1C-731-0359-23 |

132. Is the USPS HWE/Harassment Policy posted in your facility?

Yes it is.

133. Do you have anything to add regarding the accepted issues of this complaint that has not already been addressed? If so, please explain in detail.

No.

**Request for Documents:**

**134. Please provide a copy of the following documentation:**

(a) Medical documentation submitted pertaining to Complainant's medical condition

(b) Correspondence to/from Complainant concerning her request for reasonable accommodation

(c) Correspondence to/from Complainant re: Claim #1

(d) Correspondence to/from Complainant re: Claim #2

(e) Correspondence to/from Complainant re: Claim #'s 3 and 4

(f) Correspondence to/from Complainant re: Claim #5

(g) Correspondence to/from Complainant re: Claim #7

(h) TACS Employee Everything for Complainant for July 13, 2023

(i) PS Form 3971 for Complainant for July 13, 2023

(j) PS Forms 3972 for Complainant for Leave Years 2023 and 2024

---

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| *Michael C Phillips* | 3/10/2024 |

PS Form 2569, October 2015



**UNITED STATES**
**POSTAL SERVICE** ®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|----------|-----------|----------|
| **28** | *28* | 1C-731-0359-23 |

(k) Notice of Emergency Placement issued to Complainant after July 13, 2023 incident

(l) Notices of Emergency Placement issued to identified comparison employees

(m) Report of management's investigation into Complainant's harassment allegations

(n) Management's grievance file(s) for any grievances filed on these claims

**Note: if you are unable to provide the requested documents, please provide the name and address of the person who can provide them.**

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature

Date Signed
3/10 2024

PS Form 2569, October 2015