| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit *(Witness)* | 1 | | 1C-731-0359-23 |

| 1. Affiant's Name (Last, First, MI) | | 2. Employing Postal Facility | |
|---|---|---|---|
| WALKER, SHARON | | New Orleans P&DC | |
| 3. Position Title | 4. Grade Level | 5. Postal Address and Zip +4 | 6. Unit Assigned |
| Suprervisor | 17 | 701 Loyola St. 70113 | |

### Privacy Act Notice and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the Complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

### USPS Standards of Conduct

Postal Service regulations require all Postal Service employees to cooperate in any Postal Service investigation. Failure to supply the requested information could result in disciplinary action in accordance with ELM 665.3 and 665.6.

7. Statement (Continue on Form 2569 if additional space is required. Form will auto-create if using Microsoft Word)

Please complete the top section of this form, boxes #1 thru #5.

1. What is your full name? Sharon D. Walker

2. Please state your *current* position title, level, work location, telephone number, and email address.

Supervisor 17 Maintenance 5045891426 Sharon D.Walker@usps.gov

3. What was your position title and work location *during the time period of this complaint (November 2022 – July 2023)*?

Supervisor tour 1 operations APBS

4. What was the Complainant's position *during the time period of this complaint*?

MHA

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker
Date Signed: 1/17/2024
1-20-24

PS Form **2568-B**, October 2015

**UNITED STATES POSTAL SERVICE**®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | | 1C-731-0359-23 |

5. What was your organizational relationship to the Complainant *during the time period of this complaint*?

Her supervisor

6. Please provide the **full name** and **position title** for your immediate manager.

Kawanza Pollard, MMO

## SEX ALLEGATION

7. What is your **sex**?

Female

8. What do you believe the Complainant's **sex** to be?

Female

9. **When (approximate date)** did you become aware of the Complainant's **sex**?

When I first met her

## RETALIATION ALLEGATION

10. Complainant has alleged that she has participated in EEO activity in the past by reporting that she was being sexually harassed. Were you **involved** in any of her allegations?

No

11. If so, please indicate **which allegations** you were involved in, state the **date(s) of your involvement**, and describe your involvement (e.g., did she report her allegations to you, were you the subject of her allegations, or both?)

12. If you were **not** involved in these prior activities, were you **aware** of the Complainant being involved in EEO activity prior to this complaint? (*EEO activity includes filing a charge, testifying, assisting another, or participating in a discrimination proceeding; or otherwise opposing discrimination.*)

No

13. If so, when did you become **aware** of the Complainant's EEO activity?

14. What is your personal involvement in the **current** case filed by the Complainant?

None

_____Yes_____

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker    Date Signed 01/17/2024

PS Form 2569, October 2015

1-20-24

**UNITED STATES POSTAL SERVICE**

EEO Investigative Affidavit (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 3 | | 1C-731-0359-23 |

## DISABILITY ALLEGATION

15. Are you aware of whether or not the Complainant suffers from any medical conditions or impairments? If so, what are they?

NO

16. When and how did you become aware of the Complainant's medical condition or impairments?

N/A

17. Have you received medical documentation in reference to the Complainant's medical condition, and, if so, when and what did you receive? **Please provide a copy of any medical documentation you have received pertaining to the Complainant's medical condition.**

No

18. Please describe the specific duties which the Complainant is required to perform while at work; the skills and abilities required to perform those duties; and the frequency with which those duties are performed.

N/A

19. Does the Complainant have work limitations? If so, what are those limitations?

N/A

20. Does the Complainant's medical condition affect her ability to perform her work assignment? If so, how?

N/A

21. Did the Complainant request reasonable accommodation for a medical condition or impairment, and, if so, what action was taken? When was the request received, and when was the action taken on the request?

**CLAIM #6: ON JULY 13, 2023, COMPLAINANT WAS REQUIRED TO GIVE HER TOW MOTOR EQUIPMENT TO ANOTHER EMPLOYEE WITH LESS SENIORITY**

**CLAIM #7: ON JULY 13, 2023, MANAGEMENT MADE INAPPROPRIATE COMMENTS**

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker     Date Signed 01/12/2024

PS Form 2569, October 2015

12-0-24

**UNITED STATES POSTAL SERVICE®**
**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 4 | | 1C-731-0359-23 |

**CLAIM #8: ON JULY 13, 2023, COMPLAINANT WAS SENT HOME AND NOT PAID FOR THE DAY**

22. Complainant has alleged that, on July 13, 2023, the following events took place:

(A) she arrived at work late, due to an accident at her home

(B) when she arrived, all equipment was in use, so you reassigned the equipment being used by a non-career employee to her

(C) Michael Phillips stated that the Complainant arrived late, and the other employee was only licensed to operate a slay; so he instructed you to return the equipment to the other employee, and told the Complainant to "take her ass back downstairs to look for equipment" or to "get her ass out of his building"

(D) you then asked her to leave, because Mr. Phillips was calling the Postal police

(E) she worked from approximately 12:40AM until approximately 3:45AM, and, while she is currently on Administrative Leave, she was charged LWOP for July 13th and for 1 ½ months thereafter

Are these allegations correct?

23. If so, what is the reason for your actions?


24. If the Complainant's allegations are **not** correct, please identify **which ones** are incorrect, and provide the correct information, as well as your reasons for taking the action you took.

Everything she said is true up until her confrontation with him I wasn't present


25. Were there any other management officials involved in these incidents?

No

26. If so, please identify them by **full name** and **position title** and describe **their involvement**.



Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker    Date Signed 01/17/2024

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE**
**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 5 | | 1C-731-0359-23 |

27. Did you provide the Complainant with the reason(s) for your actions?
YES

28. If so, what reasons did you give?

I was instructed to give the sled back to the person that had it first

29. Did the Complainant dispute your reasons?

Yes

30. If so, **to whom** and **on what date** did she present her dispute?

To me on same day she said that was not how it went. I instructed her to talk to her union rep about it.

31. Was her dispute taken into consideration?
No

32. Please provide the Complainant's being tour and end tour for July 13, 2023. **Please provide a copy of the TACS Employee Everything Report for the Complainant for July 13, 2023.**

BT N/A

ET

33. What type of leave was she charged for the remainder of the day? **Please provide a copy of the PS Form 3971 for the Complainant for July 13, 2023.**

N/A

34. Was the Complainant placed on Emergency Placement? I don't know because when she went upstairs I didn't stay up so I don't know what happened

35. If so, what was the effective date?
N/A

36. Was the Complainant issued written notice of her Emergency Placement?
N/A

37. If so, **by whom** and **on what date** was it issued? **Please provide a copy of the Emergency Placement issued to the Complainant.** N/A

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker    Date Signed 01/17/2024

PS Form 2569, October 2015    1-20-24

**UNITED STATES POSTAL SERVICE®**
EEO Investigative Affidavit (Continuation Sheet)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 6 | | 1C-731-0359-23 |

38. Did the Complainant ever return to work?

N/A

39. If so, **on what date, at what time, and to what facility** did she report? **Please provide a copy of PS Form 3972 for the Complainant for Leave Years 2023 and 2024, showing the entire period of absence**

N/A

40. Was the Complainant's **sex** a factor in your actions or decisions in this matter?

No

41. Were your actions and decisions in this matter based on **retaliation for the Complainant's participation in EEO activity (including her reporting sexual harassment)**?

I didn't know about it

42. Was the Complainant's **medical condition** a factor in your actions or decisions in this matter?

n/a

43. Did you rely upon the provisions of any Postal rule or regulation in this matter?

n/a

44. If so, please identify the Postal regulation you relied upon.


45. Did the Complainant file a grievance on the issue?

n/a

46. If so, please indicate the current status of said grievance and **provide a copy of management's grievance file.**


47. Complainant has identified Brianne Jessie as an employee who was treated *the same as* she was under similar circumstances, in that she *was also required* to give her equipment to an employee with less seniority. Please provide the following information for Brianne Jessie:

(a) **Full name**

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker

Date Signed: 01/17/2024

1-20-24

PS Form 2569, October 2015

**UNITED STATES POSTAL SERVICE**®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No | No. Pages | Case No. |
|---|---|---|
| 7 | | 1C-731-0359-23 |

(b) **Position title, work location,** and **immediate supervisor's name**

(c) **Sex**

(d) Whether you have knowledge of Brianne Jessie **participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)**

(e) Your knowledge of whether Brianne Jessie **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)**

(f) The reason Brianne Jessie was required to give equipment to an employee with less seniority

48. Complainant has identified Karione S. as an employee who was treated *the same as* she was under similar circumstances, in that she *was also required* to give her equipment to an employee with less seniority. Please provide the following information for Karione S.:

(a) **Full name**

(b) **Position title, work location,** and **immediate supervisor's name**

(c) **Sex**

(d) Whether you have knowledge of Karione S. **participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)**

(e) Your knowledge of whether Karione S. **suffers from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)**

(f) The reason Karione S. was required to give equipment to an employee with less seniority

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature] Quinn Walker          Date Signed: 01/22/2024

PS Form 2569, October 2015

1-28-24

**UNITED STATES POSTAL SERVICE**®

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 8 | | 1C-731-0359-23 |

49. Within the past year, have there been any **other** employees under your immediate supervision who were treated *the same as* the Complainant, in that they **were instructed to give their equipment to employees with less seniority**?

If so, please identify them by:

(a) **Full name**

(b) **Position title, work location, and immediate supervisor's name**

(c) **Sex**

(d) Whether you have knowledge of them. participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)

(e) Your knowledge of whether they suffer from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)

(f) The reason they were required to give equipment to employees with less seniority

50. Complainant has identified Chamara as an employee who was treated *more favorably than* she was under similar circumstances, in that you were notified that she routinely slept in her car while on the clock, but no action was taken against her. Please provide the following information for Chamara:

(a) **Full name**

(b) **Position title, work location, and immediate supervisor's name**

(c) **Sex**

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker    Date Signed: [illegible]

PS Form 2569, October 2015

1-20-22

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE®** <br> **EEO Investigative Affidavit (Continuation Sheet)** | 9 | | 1C-731-0359-23 |

(d) Whether you have knowledge of Chamara **participating in EEO activity** (please answer YES/NO/UNKNOWN <u>ONLY</u>)

(e) Your knowledge of whether Chamara **suffers from any medical conditions/impairments** (ANSWER YES/NO/UNKNOWN <u>ONLY</u>)

(f) The reason Chamara was not placed off the clock and removed from the building

51. Complainant has identified Demetrius as an employee who was treated *more favorably than* she was under similar circumstances, in that she routinely went missing for hours, but, even though this was brought to management's attention on numerous occasions, no action was taken against her. Please provide the following information for Demetrius:

(a) **Full name**

(b) **Position title, work location, and immediate supervisor's name**

(c) **Sex**

(d) Whether you have knowledge of Demetrius **participating in EEO activity** (please answer YES/NO/UNKNOWN <u>ONLY</u>)

(e) Your knowledge of whether Demetrius **suffers from any medical conditions/impairments** (ANSWER YES/NO/UNKNOWN <u>ONLY</u>)

(f) The reason Demetrius was not placed off the clock and removed from the building

52. Within the past 2 years, have there been any employees under your immediate supervision who were charged with an infraction similar to that of the Complainant who *were not* removed from the building and placed off the clock?

If so, please identify them by:

a. _____Yes_____
b. _____

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker    Date Signed: 01/25/2024

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** EEO Investigative Affidavit (Continuation Sheet) | 10 | | 1C-731-0359-23 |

a) Full name

(b) Position title, work location, and immediate supervisor's name

(c) Sex

(d) Whether you have knowledge of them participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)

(e) Your knowledge of whether they suffer from any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)

(f) The reason they were not placed off the clock and removed from the building after being charged with a similar infraction

53. Within the past 2 years, have there been any employees under your immediate supervision who were charged with an infraction similar to that of the Complainant who _were_ removed from the building and placed off the clock?

If so, please identify them by:

a) Full name

(b) Position title, work location, and immediate supervisor's name

(c) Sex

(d) Whether you have knowledge of them. participating in EEO activity (please answer YES/NO/UNKNOWN ONLY)

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker    Date Signed: [illegible]

PS Form 2569, October 2015

1-30-24



**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 11 | | 1C-731-0359-23 |

(e) Your knowledge of whether they **suffer from** any medical conditions/impairments (ANSWER YES/NO/UNKNOWN ONLY)

(f) The reason they were placed off the clock and removed from the building after being charged with a similar infraction -- **please provide copies of their Emergency Placement Notices**

### HARASSMENT ALLEGATION

54. Complainant has alleged that she notified you have witnessed Michael Phillips refer to her as "his tall glass of water", rather than by her name and have seen him make sexual gestures towards her, and have told her that Mr. Phillips could do what he wanted because it was his building. Is this correct? Yes once

55. If so, please describe exactly what you witnessed, provide the reason for your statement, and state what actions you took in response. He said that she smiled and everyone walked off.

56. She further alleged that she notified you that she was being sexually harassed by Michael Phillips. Is this correct? No

57. If so, **on what date** and **by what means** did she do so? Please provide a copy of any **written notification the Complainant submitted to you.**

On said date when the incident happened, she made that statement. Before that I did not get any written anything.

58. How did you respond to the Complainant's allegations? Please outline the actions you took and **provide a copy of any written response you provided the Complainant.**

N/A

59. If the Complainant's allegations are **not** correct, did the Complainant ever tell you that your actions, or those of anyone else, constituted harassment and/or a hostile work environment for her? If so, describe in detail when and what the Complainant told you, as well as your response (including the action you took as a result of her allegations).

N/A

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker          Date Signed 01/17/2024

PS Form 2569, October 2015          1-20-24

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® | 12 | | 1C-731-0359-23 |
| EEO Investigative Affidavit (Continuation Sheet) | | | |

60. Are you aware of the Complainant (or anyone acting on behalf of the Complainant) bringing to the attention of any <u>other</u> management official concerns about threatening behavior or a hostile work environment?

NO

61. If so, to the best of your knowledge, **to whom** and **on what date** did she present his concerns?

62. Was an investigation conducted into the Complainant's allegations of harassment? If so, **on what date** and **by whom** was it conducted?

N/A

63. What was the outcome of the investigation?

N/A

64. Was the Complainant informed of the outcome? If so, how?

N/A

65. Was any corrective or preventative action necessary? If so, what action was taken?

N/A

66. If no investigation was conducted, please explain why.

N/A

67. Have you received training on anti-harassment/hostile work environment while employed by the Postal Service? If so, when?

68. Is the USPS HWE/Harassment Policy posted in your facility?

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature Sharon Walker                    Date Signed 01/17/2024

PS Form 2569, October 2015

[signature]                                        1-20-24



| Page No. | No. Pages | Case No. |
|---|---|---|
| 13 | | 1C-731-0359-23 |

**EEO Investigative Affidavit (Continuation Sheet)**

69. Do you have anything to add regarding the accepted issues of this complaint that has not already been addressed? If so, please explain in detail.

**Request for Documents:**

70. Please provide a copy of the following documentation:

(a) Medical documentation submitted pertaining to Complainant's medical condition

(b) Correspondence to/from Complainant concerning her request for reasonable accommodation

(c) TACS Employee Everything for Complainant for July 13, 2023

(d) PS Form 3971 for Complainant for July 13, 2023

(e) PS Forms 3972 for Complainant for Leave Years 2023 and 2024

(f) Notice of Emergency Placement issued to Complainant after July 13, 2023 incident

(g) Notices of Emergency Placement issued to identified comparison employees

(h) Correspondence to/from Complainant regarding allegations of sexual harassment

(i) Management's grievance file(s) for any grievances filed on these claims

(j) Report of management's investigation into Complainant's harassment allegations

Note: If you are unable to provide the requested documents, please provide the name and address of the person who can provide them.

_Yes_

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Shiuan Walker       Date Signed: 01/12/2024

PS Form 2569, October 2015

| UNITED STATES POSTAL SERVICE® | Page No. | No. Pages | Case No. |
|---|---|---|---|
| EEO Investigative Affidavit (Continuation Sheet) | 14 | | 1C-731-0359-23 |

_____Yes_____

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: Sharon Walker

Date Signed: 1-22-24

PS Form 2569, October 2015

Therese Powers<br>
P O Box 30192<br>
Savannah GA 31410-0192<br>
912-657-2168<br>
Therese.powers@usps.gov<br>
FAX:  912-335-5747

January 17, 2024

Sharon Walker
Supervisor, Maintenance Operations
New Orleans LA P&DC
701 Loyola Avenue
New Orleans LA  70113-9998

Dear Ms. Walker:

**RE:    Request for Affidavit/Information**
       **Case: 1C-731-0359-23**
       **Princess Myers**
       **Filed on:  October 19, 2023**

I have been assigned to investigate a formal complaint of discrimination filed by the above-named Complainant on the above date, and have begun to conduct an investigation into her allegation(s) of discrimination.  My assignment letter and authority to conduct this portion of the investigation is enclosed for your information.

The specific issues accepted for investigation were:

**Complainant alleged discriminatory sexual harassment based on Sex, Retaliation, and Mental Disability when:  (1)  on an unspecified date, Manager Phillips blew a kiss at her in front of her co-workers; (2) on multiple unspecified dates, Manager Phillips asked her out on a date; (3) on November 23, 2022, Manager Phillips attempted to hug her; (4) on November 23, 2022, Manager Phillips called her a tall glass of water and gave her a tight hug; (5) in December 2022, Manager Phillips asked her to have his baby; (6) on July 13, 2023, she was required to give her tow motor equipment to another employee with less seniority; (7) on July 13, 2023, management made inappropriate comments; and (8) on July 13, 2023, she was sent home and not paid for the day.**

I am in the process of securing affidavits from all management officials and witnesses who were either involved in the event/issue identified, were named as witnesses by the Complainant, or are witnesses deemed necessary to be interviewed by the EEO Investigator, as identified in 29 Code of Federal Regulations (CFR), Part 1614.

The Complainant or other appropriate party has named you as a witness, where information is necessary from you to assist in the expeditious processing of this EEO investigation.  As a witness identified by the Complainant or other appropriate party, it is dutiful as an agent of the U. S. Postal Service to offer full assistance in accordance with EEOC guidelines.

I have enclosed a list of questions that must be addressed, based upon the Complainant's allegations. In addition, where necessary, I have requested that you provide me certain documents and other information necessary to complete the investigation. A detailed set of instructions is also enclosed. Please review the instructions prior to completing the affidavit.

**Please reply to all questions completely and thoroughly as they pertain to the <u>Complainant's</u> medical condition, medical restrictions, and OWCP claim(s). Similarly, please respond to all questions completely and thoroughly, as they pertain to identified <u>Comparison Employees</u>, but <u>do not specify medical information</u> or submit OWCP documents for <u>Comparison Employees</u>, as OWCP related documents for <u>Comparison Employees</u> will <u>not</u> be included in the Investigative File.**

<u>You will also note the enclosed Litigation Hold Notice</u>. You should review the document and take the necessary steps to ensure all information sources under your control have been preserved as defined in the notice. You should sign the Notice and return it with your Affidavit. In addition, if there are other Postal employees with relevant information, please identify them to me so that they can be informed of the need to preserve the relevant information.

Please follow the instructions carefully as there have been some changes to the procedures followed in EEO investigations.

<u>**Please provide the completed affidavit within 14 days.**</u>

Also, you are directed not to discuss any aspect of the case with the Complainant. Any and all inquires pertaining to the case should be directed to your Labor Relations Department or me. If you need to contact me with any questions, you may do so at the address indicated above, via email, if you prefer, or at the phone number identified.
Sincerely,

Therese Powers
_____
EEO Complaints Investigator

Enclosures:
PS Form 2568-B (Witness Affidavit)
PS Form 2569 (EEO Investigative Affidavit – Continuation Sheet)
PS Form 2571 (Certification)
Litigation Hold Notice
Instructions for completing forms
Assignment Letter