# UNITED STATES POSTAL SERVICE®

## EEO Investigative Affidavit (Witness)

| Page No. | No. Pages | Case No. |
|---|---|---|
| 1 | | 1C-731-0359-23 |

| 1. Affiant's Name (Last, First, MI) | 2. Employing Postal Facility |
|---|---|
| CLARK, SHEQUEL | North Hush |

| 3. Position Title | 4. Grade Level | 5. Postal Address and Zip +4 | 6. Unit Assigned |
|---|---|---|---|
| SDO | 17 | 77032 | |

### Privacy Act Notice and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the Complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

### USPS Standards of Conduct

Postal Service regulations require all Postal Service employees to cooperate in any Postal Service investigation. Failure to supply the requested information could result in disciplinary action in accordance with ELM 665.3 and 665.6.

7. Statement (Continue on Form 2569 if additional space is required. Form will auto-create if using Microsoft Word)

### Please complete the top section of this form, boxes #1 thru #5.

1. What is your full name?

Shequel Clark

2. Please state your **current** position title, level, work location, telephone number, and email address.

SDO LEVEL 17 NORTH ANNEX 713-226-3801

3. What was your position title and work location *during the time period of this complaint (November 2022 – July 2023)*?

MDO

4. What was the Complainant's position *during the time period of this complaint*?

MAILHANDLER

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| [signed] | 1-17-2024 |

PS Form 2568-B, October 2015

**UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit (Continuation Sheet)**

| Page No. | No. Pages | Case No. |
|---|---|---|
| 2 | | 1C-731-0359-23 |

5. What was your organizational relationship to the Complainant *during the time period of this complaint*?

MDO

6. Please provide the **full name** and **position title** for your immediate manager.

CARTER MDO

## SEX ALLEGATION

7. What is your **sex**?

FEMALE

8. What do you believe the Complainant's **sex** to be?

FEMALE

9. **When (approximate date)** did you become aware of the Complainant's **sex**?

SHE NEVER TOLD ME ANYTHING

## RETALIATION ALLEGATION

10. Complainant has alleged that she has participated in EEO activity in the past by reporting that she was being sexually harassed. Were you **involved** in any of her allegations?

NO

11. If so, please indicate **which allegations** you were involved in, state the **date(s) of your involvement**, and **describe your involvement** (e.g., did she report her allegations to you, were you the subject of her allegations, or both?)

12. If you were **not** involved in these prior activities, were you **aware** of the Complainant being involved in EEO activity prior to this complaint? (*EEO activity includes filing a charge, testifying, assisting another, or participating in a discrimination proceeding; or otherwise opposing discrimination.*)

NO I WASN'T THERE I LEFT IN MARCH

13. If so, when did you become **aware** of the Complainant's EEO activity?

14. What is your personal involvement in the **current** case filed by the Complainant?

I DON'T KNOW

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]

Date Signed: 1/17/12-24

PS Form 2569, October 2015

## DISABILITY ALLEGATION

15. Are you aware of whether or not the Complainant suffers from any medical conditions or impairments? If so, what are they?

NO

16. **When** and **how** did you become aware of the Complainant's medical condition or impairments?

17. Have you received medical documentation in reference to the Complainant's medical condition, and, if so, **when** and **what** did you receive?

NO

18. Please describe the specific duties which the Complainant is required to perform while at work; the skills and abilities required to perform those duties; and the frequency with which those duties are performed.

SHE WAS LEVEL 5 MOTOR

19. Does the Complainant have work limitations? If so, what are those limitations?

NO

20. Does the Complainant's medical condition affect her ability to perform her work assignment? If so, how?

I DON'T KNOW

21. Did the Complainant request reasonable accommodation for a medical condition or impairment, and, if so, what **action** was taken? When was the request received, and when was the action taken on the request?

NOT TO ME

## HARASSMENT ALLEGATION

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]

Date Signed: 1/17/2024

PS Form 2569, October 2015



| Page No. | No. Pages | Case No. |
|---|---|---|
| 4 | | 1C-731-0359-23 |

**EEO Investigative Affidavit (Continuation Sheet)**

22. Complainant has alleged that she notified you that she was being sexually harassed by Michael Phillips. Is this correct?

SHE NEVER CAME TO ME ANY ALLEGED WITH MICHAEL WHEN I GOT TO NEW ORLEAN PRINESS AND MIKE WAS COOL SHE WOULD TALK TO MICHEAL ALL TIME

23. If so, **on what date** and **by what means** did she do so? **If she submitted written notification, please provide a copy.**

24. How did you respond to the Complainant's allegations? Please outline the actions you took and provide a **copy of any written response you provided the Complainant.**

SHE NEVER TOLD ME ANYTHING

25. If the Complainant's allegation is **not** correct, did the Complainant ever tell you that your actions, or those of anyone else, constituted harassment and/or a hostile work environment for her? If so, describe in detail when and what the Complainant told you, as well as your response (including the action you took as a result of her allegations).

NO SHE NEVER SAY ANYTHING SHE WAS NEVER AT WORK FROM NOV SHE STOP COMING TO WORK I LEFT NEW ORLEAN IN MARCH AND SHE STILL WASN'T AT WORK

26. Are you aware of the Complainant (or anyone acting on behalf of the Complainant) bringing to the attention of any <u>other</u> management official concerns about threatening behavior or a hostile work environment?

YES SHE THREAT OTHER EMPLYOEE WAS WORK AND TOLD THEM SHE WOULD BRING HER BOYFRIEND UP THERE AND KICK THEY ASS OTHER EMPLYOEE DIDN'T WANT TO WRITE A STATEMENT

27. If so, to the best of your knowledge, **to whom** and **on what date** did she present his concerns?

28. Was an investigation conducted into the Complainant's allegations of harassment? If so, **on what date** and **by whom** was it conducted?

I DON'T KNOW

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]

Date Signed: 1/17/24

PS Form 2569, October 2015

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **UNITED STATES POSTAL SERVICE** ® | | | 1C-731-0359-23 |

**EEO Investigative Affidavit** *(Continuation Sheet)*

Good Afternoon I was look over date she stated that Micheal Phillips Priness wasn't even at work due NOVEMBER 23,2022 MIKE WAS ON SCHEDULE VACTION THAT WEEK SO THAT INCORRET ON DECEMBER SHE STILL WASN'T AT WORK SHE HAD BEEN GONE FOR MONTHS MICHEAL PHILLIPS WAS MOVE TO TOUR 3 ON OCTOBER 1, 2022 I WAS MDO ON TOUR 1 AT THAT TIME MIKE WOULD LEAVE AT 2:30 ARE 3:00 IN MORINING SO I DON'T UNDERSTAND WHY SHE IS MAKE THESE TYPE OF SERIUOS ALLEGE AGAINIST HIM SHE STAY IN MIKE FACE TALK TO HIM PLAY WITH HIM IT WAS ONE TIME ME AND MIKE WAS WALK FLOOR AND SHE CAN RIDE UP ON ME AND MIKE ASKING HIM YOU NOT SPEAK TODAY SHE ACTING FUNNY SHE WOULDN'T LISTEN TO ANYBODY BUT MIKE WHEN SUPERVIORS WOULD GIVE HER INSTRUCTION SHE WOULD RUN TO MIKE ALL TIME I SEEN IT with My on two eye on how she never follow any instruction but Micheal Phillips yall need to ask her if mike made her feel are sexual harassment her why would she keep running in his face talking to him go upstair sit in his office when she always had a problem with any instruction she was giving by any other SDO ARE MDO yes micheal Phillips did give her nick name TALL GLASS OF WATER NOW I DON'T KNOW WHAT HE MEAN BY CALL HER THAT NAME TALL GLASS WATER HE GAVE A LOT THEM EMPLOYEE NICKNAME DOWN THERE

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signed]

Date Signed: 1/17/2024

PS Form 2569, March 2001

| U.S. Postal Service **Certification** | Case No. 1C-731-0359-23 |
|---|---|

I have read the proceeding attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and wilfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

### Oath / Affirmation

Subscribed and (sworn) (affirmed) before me on this __Wednes__ day of __1/17/__ 20 __24__.

| Signature of EEO Complaints Investigator | Affiant's Signature (Sign in the presence of EEO Investigator) Signature of Affiant |
|---|---|

### Declaration

**I declare, under penalty of perjury, that the foregoing is true and correct.**

(Affiant, sign and date if attached statement was not completed in the presence of the EEO Investigator.)

| Affiant's Signature | Date Signed 1/17/74 |
|---|---|

PS Form **2571**, May 2001

Therese Powers<br>
P O Box 30192<br>
Savannah GA 31410-0192<br>
912-657-2168<br>
Therese.powers@usps.gov<br>
FAX: 912-335-5747

January 17, 2024

Shequel Clark
Supervisor, Distribution Operations
Houston TX P&DC

Dear Ms. Clark:

RE:   Request for Affidavit/Information
      Case: 1C-731-0359-23
      Princess Myers
      Filed on:  October 19, 2023

I have been assigned to investigate a formal complaint of discrimination filed by the above-named Complainant on the above date, and have begun to conduct an investigation into her allegation(s) of discrimination. My assignment letter and authority to conduct this portion of the investigation is enclosed for your information.

The specific issues accepted for investigation were:

**Complainant alleged discriminatory sexual harassment based on Sex, Retaliation, and Mental Disability when: (1) on an unspecified date, Manager Phillips blew a kiss at her in front of her co-workers; (2) on multiple unspecified dates, Manager Phillips asked her out on a date; (3) on November 23, 2022, Manager Phillips attempted to hug her; (4) on November 23, 2022, Manager Phillips called her a tall glass of water and gave her a tight hug; (5) in December 2022, Manager Phillips asked her to have his baby; (6) on July 13, 2023, she was required to give her tow motor equipment to another employee with less seniority; (7) on July 13, 2023, management made inappropriate comments; and (8) on July 13, 2023, she was sent home and not paid for the day.**

I am in the process of securing affidavits from all management officials and witnesses who were either involved in the event/issue identified, were named as witnesses by the Complainant, or are witnesses deemed necessary to be interviewed by the EEO Investigator, as identified in 29 Code of Federal Regulations (CFR), Part 1614.

The Complainant or other appropriate party has named you as a witness, where information is necessary from you to assist in the expeditious processing of this EEO investigation. As a witness identified by the Complainant or other appropriate party, it is dutiful as an agent of the U. S. Postal Service to offer full assistance in accordance with EEOC guidelines.

I have enclosed a list of questions that must be addressed, based upon the Complainant's allegations. In addition, where necessary, I have requested that you provide me certain documents and other

information necessary to complete the investigation. A detailed set of instructions is also enclosed. Please review the instructions prior to completing the affidavit.

**Please reply to all questions completely and thoroughly as they pertain to the Complainant's medical condition, medical restrictions, and OWCP claim(s). Similarly, please respond to all questions completely and thoroughly, as they pertain to identified Comparison Employees, but do not specify medical information or submit OWCP documents for Comparison Employees, as OWCP related documents for Comparison Employees will not be included in the Investigative File.**

You will also note the enclosed Litigation Hold Notice. You should review the document and take the necessary steps to ensure all information sources under your control have been preserved as defined in the notice. You should sign the Notice and return it with your Affidavit. In addition, if there are other Postal employees with relevant information, please identify them to me so that they can be informed of the need to preserve the relevant information.

Please follow the instructions carefully as there have been some changes to the procedures followed in EEO investigations.

### Please provide the completed affidavit within 14 days.

Also, you are directed not to discuss any aspect of the case with the Complainant. Any and all inquires pertaining to the case should be directed to your Labor Relations Department or me. If you need to contact me with any questions, you may do so at the address indicated above, via email, if you prefer, or at the phone number identified.
Sincerely,

Therese Powers
_____
EEO Complaints Investigator

Enclosures:
PS Form 2568-B (Witness Affidavit)
PS Form 2569 (EEO Investigative Affidavit – Continuation Sheet)
PS Form 2571 (Certification)
Litigation Hold Notice
Instructions for completing forms
Assignment Letter