UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | CIVIL ACTION |
| V. | * | NO. 24-1988 "B" (1) |
| | * | JUDGE IVAN L.R. LEMELLE |
| **THE UNITED STATES POSTAL SERVICE, LOUIS DEJOY, POSTMASTER GENERAL** | * | MAG JANIS VAN MEERVELD |

\* \* \* \* \*

**FEDERAL DEFENDANT'S LIST OF
<u>UNDISPUTED MATERIAL FACTS</u>**

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes David P. Steiner, Postmaster General of the United States Postal Service ("Postal Service" or "the Agency"), Federal Defendant herein, who submits the following list of uncontested facts, which are material to the disposition of the attached Motion to Dismiss and/or Alternatively for Summary Judgment:

<u>ADMINISTRATIVE PROCEDURAL HISTORY</u>

1. On July 13, 2023, Princess Myers ("Plaintiff" or "Myers") initiated contact with Cabrini D. Hales, a Dispute Resolution Specialist (a/k/a an Equal Employment Opportunity ("EEO") Counselor) with the Postal Service. *See* EEO Dispute Resolution Specialist's ("DRS") Inquiry Report[1] at p. 1.

2. The DRS Inquiry Report sets forth Plaintiff's claim(s) as:

Counselee alleges discimnation [sic] based on Sex (female) when 1) November 2022,

---

[1] An authentic copy of portions of the Report of Investigation ("ROI") into Plaintiff's administrative EEO complaint are appended to the Declaration of Alan L. Powell, (Attachment 1). The DRS Inquiry Report is attached as Exhibit A to said Declaration. Page citations are to the original Bates stamped numbers in the lower right corner of each exhibit.

1

management approached her and called her a "tall glass of water and gave her a very tight hug; 2) December 2022, management approached her and told her she had beautiful eyes and she should have his baby; 3) July 13, 2023 management sent her home and did not pay her and sexually harassed her when he made attempts to take her out on dates.

*Id.*

3.   After receiving the Notice of Final Interview from DRS Hales on October 11, 2023, Myers signed and submitted the formal EEO complaint at issue on October 16, 2023. *See* EEO Complaint of Discrimination in the Postal Service, at pp. 1, 2.[2] Myers alleged discrimination on the basis of her sex. *Id.*

4.   The Agency accepted the following claims for investigation:

1) On an unspecified date, you alleged Manager Phillips blew a kiss at you in front of coworkers.

2) On an unspecified date, you alleged Manager Phillips asked you out on a date.

3) On an unspecified date, you alleged Manager Phillips attempted to hug you.

4) In November 2022, you alleged Manager Phillips called you a "tall glass of water" and gave you a tight hug.

5) In December 2022, you alleged Manager Phillips asked you to have his baby.

6) On July 13, 2023, you alleged you were required to give your tow motor equipment to another employee with less seniority.

7) On July 13, 2023, you alleged management made inappropriate comments.

8) On July 13, 2023, you alleged you were sent home and not paid for the day.

The discriminatory bases accepted were "sexual harassment based on Sex (Female), Retaliation (Reporting Sexual Harassment) and Disability (Mental/Anxiety)." *See* Letter of Acceptance for

---

[2] Appended as Exhibit B to the Powell Declaration.

Investigation dated November 3, 2023, at pp. 1-2.[3]

    5.    The Letter of Acceptance for Investigation advised Myers that:

> If you do not agree with the accepted issue(s) as defined above, you must provide a written response specifying the nature of your disagreement within seven (7) calendar days of the date of your receipt of this letter. Your response must be addressed to the EEO Services Analyst who signed this letter at NEEOISO, P. O. Box 21979, Tampa, FL 33622-1979. You are reminded that any notification of disagreement with the defined accepted issues is not an opportunity or forum to raise additional, unrelated allegations of discrimination. Additional unrelated issues must be pursued through the established EEO procedures described in Poster 72 which is displayed on the employee bulletin boards at your local installation.

    6.    The investigation into Myers EEO complaint was completed and submitted on March 26, 2024. *See* Certification submitted by Therese Powers, EEO Complaints Investigator.[4]

    7.    During said investigation, Myers executed an Affidavit setting forth the particulars of her formal EEO complaint. *See* EEO Investigative Affidavit (Complainant).[5]

    8.    Despite being advised in March 2024 that her harasser, Mr. Phillips, was "'out of the building' or fired," Myers resigned from the Postal Service on May 10, 2024.[6]

    9.    At no time during the above-described administrative EEO complaint process did Myers amend or otherwise assert that she was constructively discharged. Nor has Myers filed any subsequent administrative EEO complaint alleging constructive discharged. See Powell Declaration at ¶¶ 6 and 7.

    10.    On May 21, 2024, the Postal Service issued its Final Agency Decision (FAD) regarding the claims in Plaintiff's sole administrative EEO complaint.[7] The FAD did not include

---

[3] Appended as Exhibit C to the Powell Declaration.
[4] Appended as Exhibit D to the Powell Declaration.
[5] Appended as Exhibit E to the Powell Declaration.
[6] *See* Complaint, Record Doc. #1 at ¶¶ 173 and 224.
[7] Appended as Exhibit F to the Powell Declaration.

a finding regarding a claim of constructive discharge.

## RELEVANT FACTS UNDERLYING THE JULY 13, 2023 INCIDENT

11.  At all relevant times, Myers worked for the Postal Service as an equipment operator in the Mailhandler craft at the New Orleans Processing and Distribution Center (P&DC) located at 701 Loyola Avenue. Equipment operators are certified to drive mail around the facility using jitneys, pallet trucks (a/k/a "tow motors," "slays" or "sleds") and forklifts. Complaint at ¶¶ 31, 32.

12.  Myers worked on Tour 1, which starts at 10:00pm and ends the next morning at 7:00am. DRS Inquiry Report, p. 1.

13.  On July 12-13, 2023, Myers was scheduled to work Tour 1 but arrived over 2 hours after the start of the Tour. Complaint at ¶ 124.

14.  By the time Myers arrived, all of the mail moving equipment was already assigned and in use. Complaint at ¶ 125.

15.  Claiming seniority, Myers had Ty'ren McKenzie, another mailhandler, taken off the tow motor he was driving so she could drive it instead. Complaint at ¶ 127

16.  Some time later, Michael Phillips, Senior Manager, Distribution Operations (MDO), learned that Myers had displaced McKenzie, and using the facility radio, directed Sharon Walker, Plaintiff's direct supervisor, to put McKenzie back on the slay. Complaint at ¶¶ 129, 131; Phillips Affidavit at pp. 15-16 at Question ## 89, 90;[8] Walker Affidavit at pp. 4-5 at Questions 22-24 and 27, 28.[9]

17.  After being displaced herself, Myers sought out her union shop steward, Sybil

---

[8] Appended as Exhibit G to the Powell Declaration.
[9] Appended as Exhibit H to the Powell Declaration.

4

Montrell, during which conversation, Phillips interrupted by instructing Myers to go back downstairs and find some other equipment to operate, or go home.  Complaint at ¶ 141.

18. As Myers objected that there was no other equipment and after again being told to "get out of the building" she followed him telling him she "was going to file an EEO on him for all of his harassment/sexual harassment."  Myers Affidavit at p. 21, Question # 158;

19. Myers admits she was frustrated with Phillips and told him to get out of her face. Complaint at ¶ 142.

20. Phillips averred that Myers followed him around the workroom floor, yelling and calling him a "crack head" and a "bitch" and that she was going to have her boy friend come to the plant and "f--- him up."  Phillips Affidavit at pp. 15-16, Question ## 89, 90.

21. Per the zero-tolerance policy re threats in the workplace, Phillips put Myers "out of the building" on Emergency Placement resulting in Myers being placed on Leave Without Pay and, subsequently, on paid Administrative leave until she resigned.  Phillips Affidavit at pp. 17-18, Question #101; Complaint at ¶¶ 150, 153, 154, 155.

22. At no time prior to the July 13, 2023 incident, was Phillips aware of any EEO activity on the part of Myers.  Phillips Affidavit, p. 18, Question # 108.

23. Plaintiff's direct Supervisor, Sharon Walker, too, averred that she was unaware of Myers engaging in any EEO activity prior to the events of July 13, 2023.  Walker Affidavit, p. 6, Question # 41; p. 11, Question # 57.

24. Neither was Shequel Clark, another MDO on Tour 1, ever aware that Myers had engaged in any EEO activity prior to July 13, 2023.  Clark Affidavit, p. 2, Question 10.[10]

---

[10] Appended as Exhibit I to the Powell Declaration.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

***/s/ Glenn Schreiber***
GLENN K. SCHREIBER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana   70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.com