UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| **V.** | * | **NO. 24-1988 "B" (1)** |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **THE UNITED STATES POSTAL SERVICE, DAVID P. STEINER,[1] POSTMASTER GENERAL** | * | **MAG JANIS VAN MEERVELD** |

\* \* \* \* \*

## NOTICE OF SUBMISSION

TO:  Caroline Gabriel, Esq.
     Most & Associates
     201 St. Charles Ave., Ste 2500 #9685
     New Orleans, LA 70170

**PLEASE TAKE NOTICE** that the foregoing Federal Defendant's Motion to Dismiss and/or Alternatively for Summary Judgment shall be submitted on the briefs before the Honorable Ivan L.R. Lemelle in Room C-102, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on August 20, 2025, at 9:00 a.m., or as soon thereafter as the parties may be heard.

---

1 Under operation of F.R.Civ.P. Rule 25(d), Mr. Steiner, who on May 9, 2025, was appointed by the Postal Service Board of Governors, is herewith substituted for Louis DeJoy, as the Postmaster General of the United States Postal Service.

New Orleans, Louisiana, this __24nd__ day of July, 2025.

                Respectfully submitted

                MICHAEL M. SIMPSON
                ACTING UNITED STATES ATTORNEY

                ***/s/Glenn K.   Schreiber***
                GLENN K. SCHREIBER
                Assistant United States Attorney
                650 Poydras Street, Suite 1600
                New Orleans, Louisiana 70130
                Telephone: (504) 680-3093
                Telefax: (504) 680-3174
                glenn.schreiber@usdoj.gov