UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | CIVIL ACTION |
| V. | * | NO. 24-1988 "B" (1) |
| **THE UNITED STATES POSTAL SERVICE, DAVID P. STEINER,[1] POSTMASTER GENERAL** | * * | JUDGE IVAN L.R. LEMELLE MAG JANIS VAN MEERVELD |

* * * * *

## MOTION TO REDACT AND SUBSTITUTE

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes David P. Steiner, Postmaster General of the United States Postal Service (hereinafter, "Federal Defendant"), who requests that the Court Substitute its Exhibit A for the following reasons:

The original exhibit contained personal private information that should have been redacted. Attached hereto is a redacted version of said Exhibit.

**WHEREFORE**, for the reasons set forth above, the Postmaster General request that its

---

1 Under operation of F.R.Civ.P. Rule 25(d), Mr. Steiner, who on May 9, 2025, was appointed by the Postal Service Board of Governors, is herewith substituted for Louis DeJoy, as the Postmaster General of the United States Postal Service.

Motion to Redact and Substitute the attached Exhibit A be GRANTED.

        Respectfully submitted,

        MICHAEL M. SIMPSON
        ACTING UNITED STATES ATTORNEY

        */s/Glenn K. Schreiber*
        GLENN K. SCHREIBER
        Assistant United States Attorney
        U.S. Attorney's Office (E.D. La.)
        650 Poydras Street, 16th Floor
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3093
        Fax: (504) 680-3174
        glenn.schreiber@usdoj.gov