| U.S. Postal Service<br>**EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | Case No.<br>1C-731-0359-23 |
|---|---|

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

### Complainant

**Name (Last, First, MI)**
Myers, Princess

**Home Address (No., Street, City, State, ZIP + 4®)**
521 Chalmette St. Harvey, LA 70058-4427

**Work Address (Facility Name, No., Street, City, State, ZIP + 4®)**
New Orleans Plant 701 Loyola Ave. New Orleans, LA 70113-9998

**Home Telephone No.** (504) 421-2566
**Email Address** princessmyers2013@yahoo.com
**Office Telephone No.** (504) 589-1036

**Position Title** MAIL HANDLER EQUIPMENT OPERATOR
**Grade Level** 05 M
**Tour** 1
**Duty Hours** 10:30 PM- 7:00 AM

**Off Days (For Tour I, record of nights)** Saturday/Sunday
**Is EEO Poster 72 on display in Complainant's facility?** ☒ Yes, verified on date: September 11, 2023 ☐ No

**Preference Eligible** ☐ Yes ☒ No
**Mixed Case** ☐ Yes ☒ No
**MSPB Appeal Filed?** ☐ Yes ☒ No If Yes, Date Filed:

### Chronology of Informal Process

**Date of Incident** November 2022; December 2022; and July 13, 2023
**Date of Initial Contact with EEO Office** July 13, 2023
**Date of Initial Interview** August 09, 2023

**REDRESS™ Overview** ☒ Yes ☐ No
**ADR Election Form Signed** ☒ Yes ☐ No
**60 Day Extension Form Signed** ☒ Yes ☐ No If Yes, Expiration Date: October 11, 2023

**Date Complainant Signed or Received Notice of Right to File** October 12, 2023
**Date DRS Report Requested** October 24, 2023
**Date DRS Report Submitted** October 31, 2023

### Basis for Alleged Discrimination

Check and Particularize Each that Applies

☐ 1. Race (Specify):
☐ 2. Color (Specify):
☐ 3. Religion (Specify):
☒ 4. Sex (Specify): Female
☐ 5. Sex (Specify LGBT):
☐ 6. National Origin (Specify):
☐ 7. Age (Specify Date of Birth):
☐ 8. Physical Disability (Specify):
☐ 9. Mental Disability (Specify):
☐ 10. Genetic Information (Specify):
☐ 11. Retaliation (Specify Cited Prior EEO Activity):

**Discrimination Claim(s):**

Counselee alleges discimnation based on Sex (female) when 1) November 2022, management approached her and called her a "tall glass of water and gave her a very tight hug; 2) December 2022, management approached her and told her she had beautiful eyes and she should have his baby; 3) July 13, 2023 management sent her home and did not pay her and sexually harassed her when he made attempts to take her out on dates.

**Requested Resolution**

1) Not to work under Manager Distribution Operations Mike Phillips; 2) Back Payment from the time of July 13, 2023 when she was put off the clock; 3) Compensatory Payment for Mental Anguish because of sexual harassment from Mike Phillips.

**EEO Alternative Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: Troy L Davis

Title: MAIL HANDLER     Telephone Number: (504) 589-1189

Fax No: _____     Email Address: _____

Mailing Address: 701 LOYOLA AVE  NEW ORLEANS LA 70113-9998

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID ☒ / DID NOT ☐ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS ☐ / HAS NOT ☐ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒ 10. I informed counselee of his/her requirement to immediately notify the area NEEOISO-EEO Contact Center and EEOC if the representative's or his/her mailing addresses change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

**DRS Note:**

## Alternative Dispute Resolution Specialist's Inquiry

An initial interview was conducted on August 9, 2023, and Counselee stated on July 13, 2023 she was harassed again by Manager Michael Phillips when she reported to work late that night she was driving the Slay (driving equipment) and Manager Distribution Operation (MDO) Michael Phillips informed acting supervisor Bryson Young to tell her to get off the Slay. Counselee stated that there was no other equipment for her to drive to do her work. Counselee said she went to union official Sybil Montreal to inform her what Michael Phillips instructions were. She said Michael Phillips approached her while she was speaking with her union official Sybil Montreal, and he yelled to Counselee to go her ass back downstairs to work or get out of his building. Counselee said she continued to talk with Ms. Montreal and Michael Phillips yell to her "That's it, get out of my building". Counselee said when he told her to get out the building, he told supervisor Sharon Walker not to put her time in. Counselee said she could not hit the clock because she had lost her timecard. Counselee stated his sexual harassment towards her had been escalating since November 2022, when he approached her on the dock and call her out of her name stating, "look at my tall glass of water" and he hugged her tight, and she pushed him away from her. Counselee stated she then reported his hug attempts to Union Official Tara Causey and Ms. Causey told her to file an EEO for Sexual Harassment. Counselee stated in December 2022 while she was on the Slay in front of the Low-Cost area, Mr. Phillips approached her and told her that she had beautiful eyes and that she should have his baby but that he has a lot of boys already and she should have "his girl". Counselee said every time he saw he would ask her; you going to have my baby"? Counselee said she does not know the exact date, but she remembered him telling her "Don't to talk those niggers on the dock you are my baby". Counselee stated that Michael Phillips told her that he would take care of her, and he can please her in bed and get her a new car. Counselee stated that Michael Phillips has asked her on dates and told her "You should let me take you out to dinner my tall glass of water and what types of food do you eat? Counselee said she immediately went to the postal inspector and reported the harassment of Mike Phillips and was informed by Postal Inspector Steve Welch that he submitted the investigation to the OIG department where Frederick Ludwig is over the case and the investigation is still on going.

## REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)

**Date of mediation:** Rejected after elected

**Disposition:** ☐ Resolved   ☒ Not Resolved

### Summary of Final Interview

In that attempts to resolve Counselee's issues were unsuccessful, a Final Interview Letter, PS Forms 2564-C, 2565, and 2579-A were mailed to Counselee on __October 11, 2023__ via Signature Confirmation Receipt No. __9410 8301 0935 5000 1787 23__. Counselee received this information on __October 12, 2023__.

See Continuation Page?  ☒ Yes   ☐ No

### Privacy Act Notice

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| | |
|---|---|
| **Office Address of Dispute Resolution Specialist** (No., Street, City, State, and Zip + 4) 701 LOYOLA AVE NEW ORLEANS LA 70113-9998 | **Office Address of Manager EEO Compliance & Appeals** (No., Street, City, State, and Zip + 4) P.O. Box 940609 Plano, TX 75094-0609 |
| **Specialist's Office Telephone No.** (504) 589-1317 | **Specialist's Office Hours** 8:00am-4:30pm |
| **Signature of EEO Dispute Resolution Specialist** *Cabrini D. Hales* | **Typed Name of EEO Dispute Resolution Specialist** Cabrini D Hales   **Date** 10/31/2023 |

PS Form **2570**, October 2015 *(Page 3 of 4)*

**EEO Alternative Dispute Resolution Specialist's (DRS) Inquiry Report**
**Case Number 1C-731-0359-23**

**Continuation Sheet**                                                                                                      **PS Form 2570**

An inquiry was conducted on September 27, 2023, and Manager Distribution Operations (MDO) responded that on July 13, 2023 Counselee had called into work 2 hours late. He said the operation was already in movement and employees in position on the motor equipment. Mr. Phillips stated it was unfair to remove the mailhandler of the Slay because Counselee came into work late. Mr. Phillips stated that he never discussed anything with union official Sybil Montreal. Mr. Phillips stated that Counselee cursed him out and called him a crack head and told him "Fuck You".  Mr. Philips stated that Counselee told him that she has a boyfriend, and he will come and fuck him up.  Mr. Phillips said he sent her home for the disrespectful words she said to him.  Mr. Phillips stated he is from Texas, and they all have nick names for each other. He said he did call her a tall glass of water and that everyone in New Orleans calls everyone "Baby" in New Orleans.  Mr. Phillips said that the culture in New Orleans is to hug someone hello and that the hug he gave her was not sexual intent.  Mr. Phillips said that Counselee never told her not to call her out of her name. He said he never mentioned to Counselee about having his baby. He said he has enough children, and he is in his 60's of age and he is close to retirement.


Counselee and Management stated a grievance was filed. Grievance # 23418962 is pending.

| Signature of EEO Dispute Resolution Specialist<br>*Cabrini D. Hales* | Date<br>10/31/2023: |
|---|---|

PS Form **2570**,  October 2015 (*Page 4 of 4*)

# EEO Contact Summary / Princess Myers

Submission Date and Time
07/13/2023 07:18

Preferred Contact Number: 5044212566
Best Time to Call: 6:00 AM - 12:00 Noon

**Selected Office**

Office: 4G700:LOUISIANA DISTRICT

*IC-731-0359-23*

**Alleged RMO(s)**

**Name: Michael Phillips**
Address:
City:
State:
ZIP:
Phone:
Email:

## REDRESS® / Anonymity / Extension

REDRESS®: Yes
Anonymous: No
Extension: Yes

## Grievance/MSPB Appeal/Section 650 Appeal

Previous Grievance: Yes (Date: 07/13/2023)
MSPB Appeal: No
Section 650 Appeal: No

## Representative Information

Is your representative an attorney?: No

Name: ~~Tyra Causey~~ *TROY DAVIS*
Job Title:
Organization:
Phone:
Email:

# Claims

**Claim Type:** Harassment - Sexual
**Incident Date:** 07/13/2023
**Bases/Basis:**
None Specified:None Specified

**Summary Of Issue:** On today, July 13, 2023 @ 3:45am I was harassed AGAIN by Micheal Phillips. I called in late to work because I had an accident at home, and I still managed to come in pain. Once I arrived to work, Bryson Young (204-B) told Tyron (a MHA) to get off the slay and give it to me to continue driving my department (Flats & Lowcost). Tyron canÂ't drive any other equipment but a slay, but being an MHA youÂ're suppose to be able to drive all equipment because you donÂ't know where youÂ'll be assigned for the night. I drove for 2 hours when MDO Mike got on the radio and told his supervisors to tell me to give Tyron back his slay. I drive for low cost and flats, I have all apcs, I need a tow motor or a slay. All the tow motors were taken, and Tyron was the only MHA driving, so he had to come down. I wrote a statement on Mike and his harassment countless of times. His bullying about the job, and him always sexually harassing me.

**Remedy Requested:** He doesnÂ't even call me by my name. He calls me tall glass of water. He tried to hug me. ItÂ's just so uncomfortable. He has asked me to have his child (a girl specially), told me to stop talking to these Â"NiggasÂ" while on the back dock trying to figure out which driver is taking what mail. He tells me what heÂ'll do to me if he ever gets a chance and continuously ask me out on dates and told me to stop ignoring him when he ask me. I have called EAP, I have my own therapist, and IÂ've been recently prescribed anxiety medication. He makes this job completely miserable. He makes it unbearable to come to work. It is a strain on my mental, honestly. I literally canÂ't do this too much longer. It makes it so hard to come to work, to work once youÂ're here, and then going home with all that on your mind dreading to come in that night.

# Documents

File Name: Sexual Harrassment.docx

# Rights and Responsibilities

Rights and and Responsibilities: Acknowledged

# EEO Contact Summary / Princess Myers

Submission Date and Time
07/14/2023 07:51

Preferred Contact Number: 5044212566
Best Time to Call: 6:00 AM - 12:00 Noon

## Selected Office

Office: 4G700:LOUISIANA DISTRICT

*PRE-016614-J873*

## Alleged RMO(s)

**Name: Michael Phillips**
Address:
City:
State:
ZIP:
Phone:
Email:

## REDRESS® / Anonymity / Extension

REDRESS®: Yes
Anonymous: No
Extension: Yes

## Grievance/MSPB Appeal/Section 650 Appeal

Previous Grievance: Yes (Date: 07/13/2023)
MSPB Appeal: No
Section 650 Appeal: No

## Representative Information

Is your representative an attorney?: No

**Name: Tyra Causey**
Job Title:
Organization:
Phone:
Email:

## Claims

**Claim Type:** Harassment - Sexual
**Incident Date:** 07/13/2023
**Bases/Basis:**
EPA:Female
National Origin:Other
Religion:Christian
Race:Black, Not of Hispanic Origin
General:None Specified
Sex:Female

**Summary Of Issue:** On yesterday, July 13, 2023 I was on a 1260 because I lost my time card. Supervisors put time in at the end of the night, and since I was put out of the building by acting Senior MDO Micheal Phillips, he told supervisor Sharon to not put my time in. Regardless to however his personal feelings are towards me, I am suppose to be paid for my time worked on yesterday, and not have to wait for my money at a later date. I came to work at 1:00am and worked until Mike asked me to give up my equipment to a MHA at 3:45am. I should be paid on this upcoming check for my time. He does not have any right to not pay me. This just further shows that this man does not move with integrity and honesty. He feels he does not have to answer to anyone, and is above the law. His harrassment both sexual and non sexually has to end here with me. I will not allow him to silence my voice.

**Remedy Requested:** On yesterday, July 13, 2023 I was on a 1260 because I lost my time card. Supervisors put time in at the end of the night, and since I was put out of the building by acting Senior MDO Micheal Phillips, he told supervisor Sharon to not put my time in. Regardless to however his personal feelings are towards me, I am suppose to be paid for my time worked on yesterday, and not have to wait for my money at a later date. I came to work at 1:00am and worked until Mike asked me to give up my equipment to a MHA at 3:45am. I should be paid on this upcoming check for my time. He does not have any right to not pay me. This just further shows that this man does not move with integrity and honesty. He feels he does not have to answer to anyone, and is above the law. His harrassment both sexual and non sexually has to end here with me. I will not allow him to silence my voice.

## Documents

No Document Added

## Rights and Responsibilities

Rights and and Responsibilities: Acknowledged

On today, July 13, 2023 @ 3:45am I was harassed AGAIN by Micheal Phillips. I called in late to work because I had an accident at home, and I still managed to come in pain. Once I arrived to work, Bryson Young (204-B) told Tyron (a MHA) to get off the slay and give it to me to continue driving my department (Flats & Lowcost). Tyron can't drive any other equipment but a slay, but being an MHA you're suppose to be able to drive all equipment because you don't know where you'll be assigned for the night. I drove for 2 hours when MDO Mike got on the radio and told his supervisors to tell me to give Tyron back his slay. I drive for low cost and flats, I have all apcs, I need a tow motor or a slay. All the tow motors were taken, and Tyron was the only MHA driving, so he had to come down. I wrote a statement on Mike and his harassment countless of times. His bullying about the job, and him always sexually harassing me. He doesn't even call me by my name. He calls me tall glass of water. He tried to hug me. It's just so uncomfortable. He has asked me to have his child (a girl specially), told me to stop talking to these "Niggas" while on the back dock trying to figure out which driver is taking what mail. He tells me what he'll do to me if he ever gets a chance and continuously ask me out on dates and told me to stop ignoring him when he ask me. I have called EAP, I have my own therapist, and I've been recently prescribed anxiety medication. He makes this job completely miserable. He makes it unbearable to come to work. It is a strain on my mental, honestly. I literally can't do this too much longer. It makes it so hard to come to work, to work once you're here, and then going home with all that on your mind dreading to come in that night. I've seen a lot of management since working at this job, nobody has ever closed the lines like Micheal Phillips. He hates women. He said he only sees us as sexual beings. Nothing more. He degrades not only his women employees, but also his supervisors and his fellow MDOs. It's terrible! I wish someone from corporate can hear the nasty statements he says over the radio. He will try to humiliate any women at any point. Tonight, it was me. I don't get breaks, I don't get a lunch until everything is over. He will make me leave my mail to help another area, and have me pushed for time on my own mail during dispatch time. I could see if he told those drivers to return the favor after they're done, but he doesn't. My slay broke down two weeks ago, he told my supervisor to write me up for delaying the mail. That was something I had no control over. He doesn't know if he hates me or want to be with me, but like he says, women are just sexual beings, so it's both. I honestly don't believe this goes on in a federal building. It is absurd. It blows my mind. I have worked on an ambulance for 3 years ( a predominately male industry) and I've never been treated half way of how he treats me. He called postal police for me tonight and I wasn't violent or anything, I just wanted to know what was going on. Nobody could tell me what was going on or what's my next steps. I went to talk to my union rep, he came over there and started telling me he want me out of his building. I said I'm talking to my union rep to know my next steps. He said said he didn't care. He told me I will be working at Burger King or "them niggas" will have to take care of me. This man doesn't know one personal detail about me. He

antagonizes all night long. Tonight was my breaking point. I am tired of being harassed and mentally abused at work. If he could ride around on a horse with a whip and whip me every time he rode pass he would. He literally gave me a panic attack tonight. Threatening my livelihood over his personal feelings is not right. But the people he do like, he will protect them to the end. He loves Chamara, she can leave at whatever time and stay gone for hours long. Demetrius hit a supervisor driving while the supervisor was asking for her badge and refused to stop. She brought the mail to the dock, and then returned and still did not stop with Mike, and 3 other supervisors running behind her for her to stop. She was back less than a week later. He didn't want her to go. He has clear favoritism. This situation has got to stop. This man is messing with my mental health and it's changing my life. I haven't had a clear mind in so long, I'm always worried, I always feel mentally drained. Just think about this, if someone could get rid of you just for not liking you personally, that would have you on edge and tense all the time. My bills are guaranteed and to be a regular and here for the last 3 years is just unacceptable. It takes so much to come to work. My therapist and I are trying mechanisms to cope with things, but he said honestly it will keep happening unless someone is removed. You can't get better always being around your accuser, especially when he has so much power. Who do you turn to in an event like this? I have asked everyone in my power, and not one single person could give me an answer.