UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS MYERS** | * | **CIVIL ACTION** |
| **V.** | * | **NO. 24-1988 "B" (1)** |
| **THE UNITED STATES POSTAL SERVICE, DAVID P. STEINER,[1] POSTMASTER GENERAL** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | **MAG JANIS VAN MEERVELD** |

* * * * *

### ORDER

Considering the foregoing Motion to Redact and Substitute,

**IT IS ORDERD** that the Motion to Redact and Substitute Exhibit A is **GRANTED.**

Thus done and signed this _____ day of July, 2025, in New Orleans, Louisiana.

_____
HONORABLE IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

---

1 Under operation of F.R.Civ.P. Rule 25(d), Mr. Steiner, who on May 9, 2025, was appointed by the Postal Service Board of Governors, is herewith substituted for Louis DeJoy, as the Postmaster General of the United States Postal Service.