# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS MYERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1988** |
| **UNITED STATES POSTAL SERVICE** | **SECTION "B"(1)** |

## ORDER

Considering defendant David P. Steiner's motion to redact and substitute (Rec. Doc. 17),

**IT IS HEREBY ORDERED** that the motion to redact and substitute (Rec. Doc. 17) is **GRANTED, provided** there's been no objection. The proposed substituted Exhibit A (Rec. Doc. 17-1) shall be filed into the record of the above-captioned matter and shall be construed as a replacement for Exhibit A (Rec. Doc. 16-3) in defendant's motion to dismiss and/or alternatively for summary judgment (Rec. Doc. 16).

New Orleans, Louisiana this 29th day of July, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE