UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS MYERS<br><br>      Plaintiff,<br><br>v.<br><br>LOUIS DEJOY,<br>POSTMASTER GENERAL,<br><br>      Defendant. | CIVIL NO. 2:24-cv-1988-ILRL-JVM |

**CONSENT MOTION TO CONTINUE SUBMISSION DATE**

    Plaintiff Princess Myers, through undesigned counsel, files this motion to respectfully request that the Court continue the submission date currently set in this matter (R. Doc. 16-13) related to Defendant's *Motion to Dismiss and/or Alternatively for Summary Judgment* (R. Doc. 16).

    Defendant filed its motion and noticed the submission date for August 20, 2025. R. Doc 16-13. Plaintiff's deadline to respond to Defendant's motion is therefore August 12, 2025. However, there is a settlement conference with the Magistrate Judge set on August 14, 2025 (R. Doc. 15) during which the parties hope to resolve this matter. Therefore, Plaintiff is requesting that the submission date related to Defendant's motion be continued to September 3, 2025.

    Defendant has no objection to continuing the submission date to September 3, 2025.

 Respectfully submitted:

| | |
|---|---|
|     */s/ Caroline Gabriel*<br>Caroline Gabriel, La. Bar No. 38224<br>William Most, La. Bar No. 36914<br>Most & Associates<br>201 St. Charles Ave., Ste. 2500 #9685<br>New Orleans, LA 70170<br>985-441-9355<br>Caroline.gabriel.ma@gmail.com | Kevin S. Vogeltanz, TA (Bar #32746)<br>The Law Office of Kevin S. Vogeltanz, LLC<br>428 W. 21st Ave. / Covington, LA 70433<br>Telephone: (504) 275-5149<br>Facsimile: (504) 910-1704<br>Email: vogeltanz@gmail.com |