UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS MYERS<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS DEJOY,<br>POSTMASTER GENERAL,<br><br>    Defendant. | CIVIL NO. 2:24-cv-1988-ILRL-JVM |

### ORDER

Having considered Plaintiff's *Consent Motion to Continue Submission Date*, the motion is HEREBY GRANTED.

IT IS ORDERED that the submission date for Defendant's *Motion to Dismiss and/or Alternatively for Summary Judgment* (R. Doc. 16) shall be continued to September 3, 2025.

_____
JUDGE

1