UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS MYERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1988** |
| **UNITED STATES POSTAL SERVICE** | **SECTION "B"(1)** |

**ORDER**

Before the Court is plaintiff Princess Myers consent motion to continue submission date. Rec. Doc. 19. Akin to Fed. R. Civ. P. 16(b)(4)'s application to extension of scheduling order deadlines, Fed. R. Civ. P. 6(b)(1) provides a good-cause standard for submission date extensions:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
>> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>>
>> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Further, the United States Fifth Circuit Court of Appeals has noted, "The permissive language of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010). Being that this unopposed continuance causes no further delays and parties have a settlement conference scheduled for Thursday, August 14, 2025,

**IT IS HEREBY ORDERED** that the motion to continue submission date (Rec. Doc. 19) is **GRANTED**. The submission date for the defendant's motion to dismiss and/or alternatively for summary judgment (Rec. Doc. 16) is now set for **September 3, 2025**. All further filings regarding this motion should adhere to Local Rule 7.5.

New Orleans, Louisiana this 7th day of August, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE