MINUTE ENTRY
VAN MEERVELD
August 14, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS MYERS, *Plaintiff* | * * * | CIVIL ACTION NO. 24-1988 |
| VERSUS | * * | SECTION: "B" (1) |
| UNITED STATES POSTAL SERVICE, *Defendant* | * * * * | JUDGE IVAN L. R. LEMELLE  MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held on Thursday, August 14, 2025.

PRESENT FOR:

  *Plaintiff:*   Caroline Gabriel, Kevin Vogeltanz, Princess Myers

  *Defendant:*   Glenn Schreiber, Charles Hairston

Negotiations were successful and resulted in the settlement of all claims. The material terms of the settlement were memorialized on the record. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 02:51